David Steven Braun        Pro Se
PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
dsb522@4securemail.com

**FILED**

MAY ~ 7 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Steven Braun<br><br>      Plaintiff<br><br>VS.<br><br>Google LLC<br>      Defendant, | **CV 18 2663**<br><br>Case No. _____<br><br>COMPLAINT   **BLF**<br><br>**SVK** |

## Jurisdiction

This court has Jurisdiction under 28 U.S.C & 1332.
Plaintiffs and defendants are citizens of different States and
the disputed amount is greater than $75,000.  I also believe
that 42 U.S.C. 1983 applies which also give this court
Jurisdiction under 28 U.S.C. & 1331.

## VENUE

Venue is appropriate under 28 U.S.C Code & 1391(b)(1).  It is the District in which the defendant resides and also complies with the Proper Venue clause  that is stated in the Google Terms of Service.  This was found at:

www.google.com/policies/terms/

## COMPLAINT

I halve been a Google customer and user for many years. dbraun119@gmail.com was opened when I upgraded my Verizon cell to an   Android based smart phone.  I also was a heavy Google search user, and an Android user. I currently still halve a droid Max.         My Cell phone and email accounts halve been plagued buy improper access, both through improper internal access,   forged court orders and Court orders obtained on false pretenses.  I believe the information was used improperly to pop up and Mickie and or harass the Plaintiff.  It is unclear exactly who requested access, and even when complained to Google has been un-responsive.  They halve maid no attempt to mediate or correct the situation.  I believe this in it self makes Google Guilty off Reckless Endangerment as a Minimum.  I halve never been contacted buy any Law Enforcement agency or asked to retain an attorney.

It is also my understanding that people, especially law enforcement and legal types were lead to believe that I had a serious criminal/and or incompetency conviction on my FBI Rap Sheet.  This sleard my name and caused, caused email not be processed for criminal intake,  and caused attorneys and potential employers to simply not respond or choose another candidate. Again,  on several occasion I had tried to approach Google to correct or at least provide and explanation as to why these emails are simply not being responded to.  Again,  they were simply unresponsive.   This left me with a prolonged service outage for over two years and caused me to halve to switch email vendors.

This complaint seeks civil compensation for damages caused through the use off dbraun119@gmail.com, Google as a search engine, and my android smart phones. I believe these damages arose from location data being exported outside the company, and allowing access to my dbraun119@gmail.com email account and my Google search history. Also people who received these emails were lead to believe that the sender/owner off the account had been convicted off a serious crime/or declared incompetent which is not the case.

To this day, Google has been un-responsive. They halve failed to communicate even if the situation is potentially life threatening. They halve maid no attempt to correct or explain any of the issues. They were contacted at least three times through the general counsels office, the last one specifically stating that the next step would be to proceed in court. All off these contacts went un-responded to.

## Facts

1.     Google was contacted at least 3 times regarding issues with the account and weather their was any reason for civil compensation before filling this law suite. See Exhibit 1,2,3. All went un-responded to.

2.     Google was in court in Butte Federal once before on issues regarding the account. See 2:13-cv-00040. After a conversation on a copper land line to a lawyer in Billings, a lawyer from a one Pearson firm walked into Bozeman district and filled a brief to dismiss. After being unable to confirm that the Lawyer actually was retained buy google, the case was moved to Federal Jurisdiction.

3.     This case was dismissed after sending the letter Exhibit 17 to Security Operations requesting that a facility be entered. The NSA also issued the Exhibited (18 & 19) Record request denial on the incident.

4.    Exhibit 4,5 were complaint to the US Attorney and
      Director off the FBI about location data from the cell
      being improperly exported and used through the Internet
      connection.   This was not completely successful in
      correcting the problem.  This resulted in a large number
      off police dispatches to pull my car over, based on either
      telling them there is an arrest able warrant or an arrest
      able    issue in the car.

5.    When asked for the results of the requested
      investigations Exhibit 6, an official denial from the FBI
      FOIA office was issued.

6.    Exhibit 7,  after still halving unusual police
      interest in my car I again contacted customer service.
      They looked at the account and felt they were in violation
      of the customer agreement and that location data was being
      exported through the location service, but beyond that they
      would require a subpoenas.  I then elevated this issue to
      the executive branch.

7.    Exhibit 8, 9 are two subpoenas that were not complied
      with. One for postal records off occupants off my rule ski
      condo, and another for police dispatch logs on my Infinity
      FX.

8.    Exhibit 10 is a complaint to the FCC about unusual
      special characters in the Caller ID Name field.  These
      entries are generally supposed to be dictated buy an entry
      in the FBI West Virginia Criminal Database of a conviction
      off incompetency  or buy some kind of court order.  They
      cause you to not be transferred past the switchboard or
      front line associate to even front line supervisors.
      Federal Law Enforcement will not take a complaint over the
      phone with these entries in the Database.  They kill all
      Lawyers and affect the ability to make appointments with
      doctors and hospitals.

9.    Exhibit 23 is a Plait run from the Local Court house
      off my Infinity FX.  It contains three names,  my self
      David Steven Braun, and a David Robert and a David William

Braun.   Also on a Exhibit CD is sound bits from two
traffic stops from the Squad Car Dispatch. It states there
are alerts for Anti Law Enforcement and Mental Incompetence
occupants in residence and Vehicle.  Exhibit 21, and 22 are
my criminal record and a statement from the DCI Crime Lab
that agrees I halve no criminal record and no alerts off
any kind.   These statement come from the Criminal record
off a different person.   Their Government ID's halve been
added to the Postal Address Database off my Ski Condo.
This causes these statements to come over the dispatch when
my Plaits are run.  This is also the mailing address I
would use for my phone bill.

10.     Exhibit 24,25,26,27 are complaints to the Post Office
   OIG regarding fabricated records and wire tapping.   The
   OIG is federal law enforcement and when asked to furnish
   the detail results from the requested investigations,   the
   record request denial in Exhibit 27 was the official
   response.

11.     Exhibit 12 is a complaint to the Montana Medical
   review board.  I had wandered into a local doctors office
   the day after using a local elected officials office for a
   deposition over a secure data link. I had been Googling
   looking for a place to talk to the military.   Malstrom air
   force base is North and far.   Salt Lake City FBI is 6
   hours away.  I had asked around for some active duty
   military people.  I guess they saw my Google searches and
   read my mind.   Monday morning,  someone was hanging out in
   the Senator Office with a data link. This request was also
   characterized in Exhibit 13 to the NSA FOIA Office.
   Exhibit 14 & 15 was the response to this record request. A
   Complete denial and upheld on appeal.

12.     I believe my Google searches may halve been monitored
   or accessed for a long time, but it is my understanding
   that their was some kind off monitoring, that I believe was
   obtained in part from the criminal background off a
   different person on my copper land line into my very rule
   Montana ski condo.   This was on at least my copper land

line that also provided a DSL internet connection that I
used to access Google search and then Gmail over.   I had
two phone number 406-993-9663 and 406-993-2448.   This 406-
404-2027 number is a VOIP,  that does use the DSL over the
Coper land line,  but other than internet transport,  the
Local phone company has nothing to do with the IT, customer
service or billing issues off the line.

## COUNTS

13.   I believe my Google search data was accessed both
internally and exported outside off the company. I also believe
that this was done improperly.

14.   I believe that some people that received emails from
dbraun119@gmail.com were lead to believe that I had a criminal
record, or had been declared incompetent in a court off law,
such as the statements that came back from the FBI Records
office in Exhibit 10.

15.   Google made no attempt to identify this, quantify this
or document or correct this.   They halve to this day been un-
responsive.

16.   I believe that the GPS location off the cell was
transmitted through the phones internet connection and accessed
internally and/or exported outside off the company.

17.   The location service data was used to give orders to
local law enforcement to wander units into my direct vicinity
and pull the car over.    These order were repetitive and
irrational.

18.   Their were two focused calls to Verizon customer
service, one while on vacation in Oahu, the other in Salt Lake
City.   I believe Google was questioned or maid aware and found
issued with account in at least one if not both of the contacts.

19.   While on Oahu,   intelligence procured my laptop from my hotel room. I cell also disappeared.   My lap top had been tagged with a virus.   Does Google halve any record or knowledge off any Viruses on any off my Android cells?

20.   I believe that in the past, their was some kind off authorized monitoring while I was working in Vegas or on my ski condo in Big Sky Montana that may halve provided access to my Google searches and or email account.

21.   I used a local elected official office for a classified deposition over a secure datalink.   I located this office using Google.  Salt Lake City, FBI,  Malstrom AirForce Base Local Federal Building etc.  After the deposition,  I had a drink at a local bar I was known to frequent.   Their was something in the drink.   I believe my Google searches were monitored improperly, and had alerted an unfriendly to this conversation.   I halve not worked in my field since this event. See Exhibit 12, and Exhibit 13 & 14.

22.   I believe that my google searches may halve been monitored while I was in Las Vegas in the 2009 – 2011 timeframe and potentially used in a malicious, and harmful manner.

23.  Google to this day, has simply been un-responsive. The halve maid no attempt to correct or clarify these anomalies in service.

24.   When notified or attempted to be contacted as the Vendor,  that down stream people may be using the Data for malicious or in a Life threating/non law enforcement manner. Google has been un-responsive.


## Requested Damages.

Due to my Age, 49,  Damage to my health.   The high profile that dealing with these events has caused.  I do not believe that it is realistic for me to return to my previous profession in the capacity I was in before these events occurred.  See a copy off my resume, Exhibit 28.   There is healthcare,  housing,  a quality off life,  both physical and ecteronic security needs.   For both the pain and compensation

of the harm done up to this point,  and for a future quality off
life,  I am asking for 175,000 Shares off GooG or monetary
equivalent to compensate the Plaintiff for Damages up to this
point,  make his life hole and ability to continue in a Viable
manor.


## Background on Plaintiffs Previous Military Service and Executed Contractual Agreements.


These issues halve been around me and what's left off my
family for many years.  You halve to make a decision on what you
are going to do,  and how far you will go.   Over the years,  I
halve vehemently complained to the appropriate Government
agencies,  such as the FBI and FCC and several branches off the
Military. Including the NSA, and CIA.   When asked to furnish
the results off what was requested and or what was found,
through the official Federal FOIA records office,  the requests
for records are simply denied.  See Exhibits 33 and 34.   Both
off these are records request denial's that sight executive
order 13526 as a reason to deny the request.

As a buy product off these interactions,  it is my
understanding that my social security number has ended up on a
Watch List in the FBI West Virginia Datacenter.   This has
caused a background check to Fail when the general counsels
office runs me before offering an out off court private
settlement.  See Exhibit 31,32  an FBI record request and
response.   It is my understanding that this is the watch list
entry  that causes me to fail the civil background check.  Also
note, Exhibit 32 clearly indicates it will affect future
employment.

Some people on this watch list,  halve signed contractual
agreements, either employment agreements with military
intelligence or Settlement agreements with the Office off
Management and Budget that halve specific clauses that would
prevent any further civil activity.  I would assume that if you

were senior enough in the DOD to halve a clause like this in
your contract, you would halve made certain that you would halve
a pay check and be comfortable for the rest off your life. In my
particular case,  there is no agreement of any kind.  While I
halve had substantial interactions  with military intelligence,
see Exhibit 29,  an official denial off the existence off any
kind off contract relationship from the CIA and Exhibit  30 a
denial from the Office off Management and Budget.  I am, their
fore un-aware of any reason that this suite cannot proceeded,
and why it cannot be settled or render a Judgment in this or any
court off Law.

   If counsel disagrees with this please try to substantiate
the statement buy producing an actual contract or record off the
events that you believe make it impossible for this court to
render a Judgement for the   Plaintiff.    Please no private
voice mails to chambers.


David S Braun


5/1/2018

Exhibit 1



**DAVID STEVEN BRAUN**
PO *Box* 193, *Gallatin Gateway,* MT 59730-0193
*406-404-2027*
*dbraun119@4securemail.com*

The General Counsel
The Google Corporation
600 Amphitheatre Parkway
Mountain View, CA 94043

Sir,

Please take this as an official request to review and consider a private settlement for all civil liability and inappropriate conduct generated from my dbraun119@gmail.com email account,   any illegal or inappropriate access to my search's and any problem with or surrounding the android operating system that I had upgraded to when I got a new Verizon Smart Phone.

After several incident's in Vegas,  some medical,  some computer related,  such as perfuse credit card fraud, some hacking at the military grade level,  I returned to my rule ski condo in the mountains of Montana.  At this time,  I kinda knew I was going to half to halve another chat with the Military,  I.E. security operations. I approached a local vendor,  I was aware some off their customers were senior ranking people in the military that had second homes in the community.  I started using google as a Yellow Pages.  The main FBI hub,  which as I understand it also has a semi classified room and where you are guaranteed to see an FBI agent during normal business hours, is in Salt Lake,  which is two states and 6-8 hours away.    The fbi web sight was obtained from a google search. Maelstrom air force base is 4-6 hours north.   There are two senators local offices in Bozeman, 50 miles down a windy canyon road.  I decided I was going to appear at one off the senators offices during normal business hours on Monday.    When I showed up. I noticed that buy the side entrance their were several drunken skid row bums.  This was unusual.  When I entered I was given the nod,  that this was being recorded and obviously their was a representative hanging in the background with a secure data link.  This was equivalent to a legal deposition.  I left the cube,  it was a very strong statement,  and went to a local bar that I usually frequented and had a single drink.    Driving  50 miles back up the canyon,  it was quit obvious that their was something in the drink. I did seek treatment,  see included complaint to the Montana Medical review board.   Their was a hearing, the state refused to furnish the transcripts of it. However,  they halve kindly shoved a very big bill onto my credit report and expect to put it out for collections. Later,  a 9 nine year old girl was obviously told to wander buy my hot tub,  saying David come out and play,  I had a bum their.   These  statements were obviously obtained from either monitoring my google searches and or a wire tap on my local coper land line.

After this,  I continued to halve multiple problem's,  including several more trick drink's,  and a very pronounced  and completely fabricated spam problems.   I left the aria.   While on vacation  on Oahu,  I made the first of two call's to Verizon Customer service.  The first one I told  them,  I am using an android phone,  msn was my primary email,  at the time I generally used Google for my search.  I specifically stated that I had seen some completely fabricated documents,   I was unaware off any legal reason that an electronic  surveillance warrant would be written on me. I asked them to look into my search,  email, and cell for GPS tracks and or wire taps and other electronic problems.  I also told them, I  think,  someone might halve something open, I.E.  a feed through the firewalls,  that the vendor could just cut.  Something was obviously done quickly.    A girl appeared and found her way back to hotel room,  and then lap top and android phone also disappeared.    I replaced the cell and laptop while on Oahu. I got a message on my new laptop, they had found a tag on my old  laptop.



**DAVID STEVEN BRAUN**

PO Box 193, *Gallatin Gateway*, MT 59730-0193
*406-404-2027*
*dbraun119@4securemail.com*

I made a second request through Verizon Customer Service while in the Salt Lake City Aria.   I had again started to receive very strange speeding ticket in rule arias.   It was quite clear that their were multiple units in the aria,  they were very intent on finding any reason to turn on their lights and pull over my car.    It was my belief that they were being dispatched from electronic information from my phone. I.E.  Either GPS or IP location track,  email access or monitoring my google searches to see what's on my mind.   All the traffic stops  go the same way.  License, registration, proof of insurance.  My license runs clean,  and I go about my business.   I contacted customer service,   and again asked them to look into my account.   A day or two later,   a message was left on the account.   They said they think everything out off the country is corrected,  but that their was still some kind off court ordered access that obviously they cannot discontinue.    I asked them if they  believe that they halve complete traceability? They said yes.   I said I do believe I understand the problem.

After returning again from Washington DC,   I sent a letter to both Verizon and Google.   I did not receive a response and created two lawsuits in Gallatin Valley District Court under seal citing executive order 13526 as the reason to keep the suits private. Both were processed served.    After talking to an attorney in Billings on a coper land line,  and attorney admittedly a one woman firm,  walked into Bozeman District Facility and filled a brief to dismiss.    The Verizon suit defaulted and went to a 55(b)(2) hearing.   When the attorney was asked if the fact's the brief were based on were factually correct,  or if she was actually retained buy google,  she was unable to do so.   It was quit clear that she was employed buy the facility  that had obtained the illegal electronic surveillance warrant.    Google Legal had the case moved to Butte Federal.   It was assigned case number 2:13-00040-Seh,  I halve included a copy off the transcripts.  I had the Verizon suite dismissed, and moved it to Butte my self.   Upon receiving the proof off service from the process server,   I physically drove it to Butte,  and chatted with the clerk in person.   The clerk scanned the proof off service into the record.   If you are familiar with the Federal Civil court computer system,  this generates an email to all interested parties, including any Judges, attorneys interested in the case.   When I left the court house,  their was a message from Brian Goodkin,  the Gallatin County sheriff,  that he needed me to hurry  back,  he needed to see me right away.   I asked him  did he halve any kind off warrant,  should I attempt to speak to a lawyer,   he said no.   I agreed to meet him in the Bozeman FBI office the next day.   I arrived 10 minutes early.   I spoke frankly with agent.   I told him I knew they had tampered with the records to obtain the illegal warrant.   At the appointed time,   Brain Goodken,   the sheriff barged in to the FBI office,   simply put me in hand cuffs and had an officer drive me to a very sleazy institution on the outskirt's off town.   I was forced to wait an hour in hand cuffs,  for a Crisis Counselor to appear.    I was asked my name and birth date,  and then put in front off a computer counsel.   They brought up one prior contact,  where I was again forced to speak to their person and give a statement, without ever being read my rights.   I am not sure what I was supposed to see.   I am well aware that their were two fictitious tenant's added to billing address off the Phone.  I am quite sure that criminal and legal background off these other Fictitious tenant's was used to gain the electronic surveillance warrant.  I halve include a copy of some of my complaint's to the Postal Inspector General and the resulting Privacy Act Record Request denial.  I halve also included a copy of a Plate run from the local court house.   This is produce when the incense plate from vehicle is entered into the court house computer system.   It very clearly show's to fictitious tenants.    These disappear when you change the mailing address on file in the Montana DMV computer system to a mailing address that has only on occupant,  the Plaintiff on file in the postal database.  I halve also included a disk with some sound bits from the squad car.   This is produced when the officer runs the licensees plaits through the dispatcher.   There are statements off anti law enforcement and Mental Incompetence put in the officers ear.   I halve included a copy off my criminal record,   from the FBI obtained from providing finger prints.  When the vehicle is properly registered,  all these statements disappear as they would require some kind off prior  conviction to justify them.



**DAVID STEVEN BRAUN**
PO *Box* 193, *Gallatin Gateway*, MT 59730-0193
*406-404-2027*
*dbraun119@4securemail.com*

After being released from the facility,   I drove down to Salt Lake City and spoke with the Major FBI hub,   and at their suggestion,   drove out to the classified NSA facility south the city,   and spoke with the guards.   On my way down to Salt Lake,   I was again stopped twice,   one just after crossing the Idaho state line and then once while in Utah.   After returning to Big Sky,   it was apparent that someone was keenly interested in me. It was clear they were using local townies to incite violence.   I sent the enclosed letter to operations what ever they did,   something was obviously cut.   Enclosed is the resulting record request denial.   Verizon a Google were quickly dismissed.   I had a third case in Butte,   Braun Vs the US Government.   I was told twice to affect proper service or do 30 day contempt.   Upon completing proper service,   this case unfortunately was dismissed without Pre-Judice which means in this type of case, it ain't completely fixed.   I had to create another case in DC and serve it where it was finally dismissed with pre-judice. I would like you to note,   that throughout this process I used my android phone and email's for general communication  and they still did not function properly.   Enclosed is a complaint to the FCC and the resulting record request denial issued buy the agency.   The exhibit show very strange special character in caller id Name database.   While they are present,   they cause any calls from the phone to not be passed beyond  the operator,   and  email account, including my Gmail to not be responded to when the phone number with these entries is provided in the account registration off the email provider.  I am not sure if there are additional entries in the database analogous to these  in the caller id database that are put their buy the email provider.   Google was off no help in even providing technical expertise to either diagnose or technical correct these issues.    They persisted for some time after the case against google was dismissed in Butte.  I halve included a complaint to IC3.  This is the major intake for the FBI for internet related issue.   When a phone number,  a mailing address and email was entered into this web based form,   I was not responded to in any way.   This is not specific,  but representative  off what happens when I had  tried to gain private legal counsel or even apply for any kind off Job.   This in it self is life threatening.   I finally filed Braun Vs FCC in Billings Federal.   This seams to halve corrected most off the remaining issues,   and is in the process of being dismissed.

I request that Google review my account and this situation,  and seriously consider a private settlement offer.   I had requested 500,000 shares off Goog.    It has taken me over 4 years to correct and stop this improper behavior. I am now 48.   I don't believe it is realistic to assume that I can return to my normal carrier as I previously practiced my profession.   I halve included a copy off my resume for your review. I really would really like to  just settle this privately at our earliest convenience and  go about our lives  buy letting the civil process work.  Under the circumstances,  I don't think it would be ethical or respectable to force me to proceed back in court.    Please let us just corrected our problems, compensate the one's who halve had their lives harmed, and go about our business.



**DAVID STEVEN BRAUN**

PO *Box* 193, *Gallatin Gateway*, MT 59730-0193

*406-404-2027*

*dbraun119@4securemail.com*

Please contact me, with your response or if you need any further information. I can be reached at the above mailing and contact information. In addition, if you would rather respond buy Fed Ex, UPS or process server, I can be found at the physical location:

David S Braun
155 Aurora Light Dr B10
Big Sky, MT 59716

David S Braun

1/14/2016



**DAVID STEVEN BRAUN**
PO *Box* 193, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

The General Counsel
The Google Corporation
1600 Amphitheatre Parkway
Mountain View, CA 94043

Sir

Please take this as another official request to consider settling all issues regarding my use off Google Products, including android and Gmail. Verizon My Last attempt to request a review and a settlement, dated 1/14/2016 went un-responded to. I would like to bring to your attention some new information that hopefully can correct the situation without proceeding back to court. It is my understanding that some national legal databases represented that their was some kind off previous contract, I.E. a previous settlement agreement with the US Government that pre-cluded you or any attorney from making me any offer at all. Now I don't take a settlement agreement lightly. If we can come to an arrangement, it would obviously end this issue, and it would never be revisited. No further complaints or investigation into any ones conduct. Include lawyers previously retained, or any further negligence of any Google Employee.

Now as an interesting point, I would not expect this settlement agreement to preclude any further issues from being looked at or settled and I especially would not expect any agreement to precluded settling or pursuing due process against a total different entity. But apparently this is what the entry in the national database has lead people to believe. I halve made several inquiries, at no time in my 47 years halve I seen, much less signed or executed or received any money from an agreement or contract that precludes settling with you. This has been stated in Several Court venues, and no one has been able to produce a shred off evidence to contradict this. An actual signed agreement, a Wire transfer or cashed check, a date and time the agreement was executed an attorneys names etc.

Now, my situation is a little unusual. As a US Citizen, we are all welcome to use any entity off the US Government that is appropriate to one's problem. I halve been in the unfortunate situation to halve had to send quite a bit of business to the FBI, the NSA, the CIA, the FCC, and the Postal Inspector General. When asked for the official results off what I halve requested, in some respects my military service records, for which I halve no veteran's benefits and halve never received any kind off pay check , halve no base or place off business, I am simply issued the included record request denials. I am now responsible for my own expenses for the rest off my life. Any secure housing, extra computer security, hobbies, health care etc, will come from any civil settlement that I work out.

Now, I believe that I halve a valid claim against Google that has quite a bit off credibility, but due to this alleged previous agreement, we up to this point were unable to deal with this properly. I halve had to complain to the FCC and then drag the results in to Federal Court just to correct my phone service. When I had Google in Federal court, your attorney refused in any way to settle, and I believe your counsel represented to chambers the existence of this alleged previous contractual agreement. As discussed, I halve never worked for any entity off the Federal Government, I.E. NSA, CIA , social security administration, their for there is no employment agreement/contract on file. It was my



**DAVID STEVEN BRAUN**
PO Box 193, *Gallatin Gateway,* MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

understanding from a hearing in a Justice court that this contract was a previous settlement from say a
submission to the OMB under 31 U.S. Code & 3702 (a)(4). Let me point out, this is exactly where you
would submit on off these record request denials after it has been run through and processed in Federal
Court. Now I suppose that if you submitted something to the OMB, a lawyer looked at it, drafted an
agreement, that stated their was no further civil after this settlement, it was agreed to and executed,
money was released, then you halve a contract. If we came to a settlement agreement, and in the
future their were any question, I.E. even if I tried to proceeded back in court, you would simply produce
a copy off this agreement. I ran a Privacy Act Request through the OMB records office (See attached
results). I asked them, do you halve any record of any executed agreements. Can you produce the
letter. They said no, we halve no record.

I would like you to note, I halve not been employed since 2011 when I was rushed to an
emergency room vomiting unable to stand with slurred speech in Henderson Nevada. Their had been
systematic fraud on all my credit cards, problems with wire tapping and electronic tracks on my Cell
Account, the Google corporation had been very negligent in not correcting the situation. Just last
week, I had to deal with my new cell vendor. They said they halve no problem, but after questioning the
Location Feature on my android phone, the word subpoena came up. I had to request through the FBI
that enforcement operations look into this issue. I would love to simply settle all our issues and move on
with our lives. We cannot role back time. I am now 47. It is not realistic to assume that I can go back to
my previous occupation in a normal capacity. I would love 1,000,000 shares of GooG common stock or
monetary equivalent. I am sure you are very good attorneys, I would be happy to execute this
agreement privately, or if in this situation you would feel better putting this on file in a court house as
closure to this case, I would be amenable to discussing this. This would give you the tacit approval off
a District Judge, so, if ever questioned about this settlement you o could simply state that this
agreement was executed under his knowledge and approval.

Please consider this seriously. I would love to engage in a discussion that quickly and simply
end this issue fairly for all parties. You halve my contact information if you would like to chat.

I am sure you are good attorneys, I simply request you think this through. If we cannot settle
this, the only option would be to proceed back into court. At that point, I assume you would try to get
the complaint dismissed on a 12(b)(6) before answering yes or know to the pleadings. To do this, you
will need to provide a legal reason, like a prior existing contract. With this issues brought to light I am
certain that you would halve to show an actual contract to the Judge. A letter with my signature. A
canceled check, or some kind off receipt showing a wire transfer or release off shares. No one,
including myself has been able to substantiate or produce this. If you feel I am unreliable or lying,
please feel free to contact your vendor that provided this information to you, and ask them to substantiate
this. I don't think they will be able to so.

The first I heard about this, in any detail was in a hearing as to why I was being denied the use
of a public defender. I walked in and their was testimony about this alleged contract event. I submitted
the included Feb 16 motion to the court. It went un-responded to. I sent a letter to the Montana US
Attorney, it also went un responded to. Now let me point out. Every case or claim, is different. But in



**DAVID STEVEN BRAUN**
PO *Box* 193, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

this particular incident   there is quite a bitt off fabricated records.   Their were two fictitious government ID's added to the Postal Address Database as occupants off my rule ski Condo.   They would look like brothers.  The criminal background off these brothers was used to obtain a highly illegal electronic surveillance warrant.   Their were also malicious entries put into the Caller ID Database that prevented transferring passed the switch board at major law enforcement hubs such as the FBI, and even Verizon call centers.  This also affect my Gmail account.   At no time did GooG ever tell me that mechanically these entries that are causing interruption and rule call center completion problems were maid in the caller ID Database.  I am in a Very Rule aria off Montana.   There is a region hospital 50 miles away in Bozeman.  The medical records were intentionally corrupted.   Sooner or later their was going to be an accident that required treatment.   Your going to go in and come out permanently paralyzed.   Maybe using the wrong blood type etc.  Please if you don't believe me, at least do you own due diligence.   This pre-existing agreements does not exist.   My guess is that your are being lead to believe that this contract was a result of interactions with the CIA/NSA, and their fore needs to be kept under raps.   While the event and records that would support this halve existed since the 90's, their never was any submission for civil compensation until recently.    No agreement has ever been executed.

I will wait at least 21 days from the delivery off this agreement before proceeding back into court. I would really like to just work this out.  You are the lawyers, a court room is where you work.  It is not my profession.  You might want to review a complaint submitted IFP in Butte Federal, you can get to it on Pacer from your desk,  2:16-cv-00024-BMM-JCL.  If you create a case in Federal Court, and pay the 400 dollar fee,  you are issued summons on the spot.  If you motion that you feel you are financially unable to afford the filling fee, the case is reviewed buy the Magistrate and Article Three Judge for not only financial need, but legal correctness of validity.  Please feel free to review the complaint and the two legal briefs produced from the evaluation off the IFP status motion.   The issue off this previous contractual agreement that has come up around the plaintiff was freely noted in the complaint.  In their ruling, they stated they felt I could afford the filling fee,  but their was no mention off any reason why they didn't feel the complaint could render a settlement or Judgement before them in District Court, or any mention as to any reason the complaint could not achieve is stated objective of an annual income intended to replaces a pay check from my previous occupation.

I hope to hear from you.

Thank You

David S Braun

7/5/2016

Exhibit 3



**DAVID STEVEN BRAUN**
PO *Box* 193, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

The General Counsel
The Google Corporation
1600 Amphitheatre Parkway
Mountain View, CA 94043

Sir

Please take this as a third and hopefully final request/contact for an out off court settlement or review off this situation.   Off points off interest.   I halve included a subpoena and the results squelch order from the Montana State police for all Broadcast on my infinity FX.    I was  getting a large number off contacts allegedly under the auspices off speeding violations.

It was quite obvious that they were being dispatched from location information from my cell.   I spoke to my vendor, I questioned the location service.   See included letters to the FBI.   I also include as points off  interest a subpoena to the Montana State Police that produced a squelch order.   The letter to the FBI did not completely correct the Problem.   I approached the executive branch,  the last three speeding tickets I got were within 4 miles off my house.   They seamed to no long halve location information, so they had to tell they guy to hand around where I live.

Hopefully we will halve no more phone problems.    I am aware you proper venue clause.   I would love to settle this privately but with this database entry in the FBI database it is my understanding that the lawyer would be arrested for violating his steps in a running a background check.

To contest this, it is my understanding that you need a lawsuit in-front off some Judge.   Upon service,  it is your lawyers responsibility to run the background check,   but you would halve to substantiate  something like prier.  military service or an executed contract to cause the court to dismiss the suite.   In my case,   no exists.

Anything you would like to say, or comment before proceeding in court,  please feel free.

David S Braun

1/3/2018

Exhibit 4

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027
406-404-2027

Montana US Attorney
Michael Cotter/ Victoria Francis
2601 2nd Ave 3200
Billings MT 59101

I am writing this letter to request assistance/guidance on two different issues.

1, issues around a "Government Contract" and possibility off affecting a potential settlement off a new Civil Suite.

2. Request you might want to forward and issue to Enforcement operations on some speeding ticket issues.

Victoria, and I am sure you and Michael are well aware off my civil suites.  And as Victoria has taught me so well,  the US Government enjoys Sovereign immunity,  and unless it is specifically stated,  the District Court has no authority to  Settle or release any kind off financial compensation.  It is my understanding, that the local office would settle things under Tort,  none off my privacy acts so far fall into this category.  It is my understanding that I would submit them to the Office Of Management and Budget for settlement under 31 U.S. Code & 3702 (a)(4).  I halve submitted two claims,  the FCC out off Billing and the NSA 70340 out off Helena.  Neither claim has generated a response.  Also,  every approach off a private settlement to a general counsels off  a Large Cap Stock Company,  Verizon Google, Microsoft also is not responded to.  And when you serve them in court,  you get very strange 12(6) dismissals.

There is an open case in Bozeman District.  A criminal miss domineer.  I asked for the use off a Public Defender,  and was denied twice.  The second time,  at the Judge prodding I objected and this forced a hearing.  Now,  this was never spoken off in writing or even verb ably,  but in the hearing, which actually there is no record off,  other than a myopic order that after discussion,  the Judge denied me the use off a public defender.   But in the hearing,  "Testifying under Oath" it was stated that the public defender's office had run a background check on me.   In their statement,  she testified that I had a previous civil event.   That I had been awarded or signed or settled a previous claim,  and was awarded a trust fund.  It sounded like as a buy product off this settlement,  it was agreed upon that  I would manage the money, and no further Civil activity would be tolerated from the rest off my life.  I am 48.  This is first time a halve ever approached any organization or entity for discussing a serious civil settlement.   If their was ever an agreement,  an actual government lawyer, a document and  a release off funds,  this is forgery, defrauding the government buy submitting false claims etc.  I believe the contract is Legally Void or Voidable, as I halve never seen it,  much less signed it.

I halve included a Feb 16 motion to the court to simply produce this contractual/settlement agreement, and it went un-responded to.  Their were also two other motions,  I don't know what they did,  but were also un-responded to.  I attended an Omnibus hearing.  The Judge shoved a piece off

paper in my hand,  asked me to sign it.  I would rather not sign this,  I would like a lawyer.  He refused to appoint counsel  even after  none off these motions were responded to.  After reading it,  I did sign his scheduling order.  I did approach the office of management and Budget and request that into this and see if they can declare the contract void.  I halve not received a final response,  but I did make a Privacy Act Request  and requested the records office furnish any document's/previous contractual/settlement agreement's that the OMB records office was aware off.   They came back,  no records were found.

Can you look into this.  Can you find any more detail off this agreement.   If it is not with OMB, who is with.   I think this might be case as if you were shown a criminal record printout from the FBI in Virginia.   You would take it as fact.   But as soon as you question an item,  you would be expected to find a criminal case in some venue.   This could be like contacting the venue and them telling you,  they halve never heard of this entry ore case on  the print out.

Can your office Investigate,  assist or even  Remove this entry from the Civil Database.  This would allow a normal civil process to proceeded.

A third question.  Their was a Privacy Act Request suit filled in Butte against the US Post Office. Their were problems with the transcripts.  I halve completed  the new Privacy Act record requests . They probably contain much new unprocessed records,  and will probably generate further criminal charges.  This suite is unique because it falls under  g(1)(c)  off the privacy act.  Which is my understanding allows explicitly for actual damages, which if a case were created, it could be settled or a Judgment awarded in Federal Court,  rather than Privately  through OMB.

Could you please halve one off your civil attorneys look into this with the above light,  with this records in the database.   Would you see this being settled nicely,  or simply a refusal to settle and no judgment awarded for some unspecific  reason.

I would like to point out,  every case is different,  but in my situation,  their has been factious tenant ants added to my rule mailing address in Big Sky.  The are malicious tampering in the local hospital records.  They halve generated nothing but big bills,  and I think the intention was for me to come out crippled or permitted handicapped, due to say a mistake off using the wrong blood type. Their has been wire tapping and record request denials, etc.  This would not be out off band for some off the other issues.

The second issue.  I halve had a long issue off getting strange traffic stops.   It is quit clear they are being told to pull over my car,  obviously expecting trouble or an arrest.  I give them my license, registration, assurance,  there is never any warrant.  I go along my way.   They refuse to explain this issue.  If challenged in court,  they drag their feet and refuse to furnish any radio traffic,  or why the little dick head was told to pull me over.    Out off this same case in Bozeman District, I served a subpoena to the head off the state police requesting radio traffic and dispatch log records.    I received a squelch order,  they refused to furnish any off the records.  One off the cases sighted was Nixon Versus US Government,  the "Water Gate Tapes"  you might as attorneys read more into this.

Since this.  I halve been pulled over twice.   Both times at night.  A gelatin County Police officer wrote a me a very strange fine double ticket do to a rode being " A count improving or study aria".  I paid it.  I was pulled over buy state between for corners and Bozeman.  I was not written a ticket or a warning.  The cop seamed to know who I was.  He confessed he remembered my Black Mercedes. I

halve not had that car for several years.    Right after this stop,  I noticed that on my android cell,  my location service was on.

I would like to point out the following quote from my iPhone privacy act disclaimer. Location Service uses GPS and Bluetooth along with crowd-sourced Wi-Fi. If Location Service is on,  your iPhone will periodically send the geo-tagged locations  or nearby Wi-Fi hotspots and cell towers in an anonymous and encrypted form to Apple.

It is my guess,  that at some level,  a person in government can simply put in a cell number on their desktop workstation and get the phone location.  Without any authorization,  court order or warrant.  You might want to look into,  or forward this to enforcement operation on who has been pulling up my two cell phone numbers. 424-346-2285.  406-539-1624.

David S Braun

4/16/2016

Exhibit 5



**DAVID STEVEN BRAUN**
PO Box 27, Gallatin Gateway, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

James B. Comey
Director
FBI Headquarters
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Director

Please take this letter as an official request to the Bureau to start an investigation into the Gallatin County Sheriff's department, the Gallatin county Attorney, the Bozeman Police on Civil rights violation and accessory to maybe my attempted murder.    Unfortunately, this is not Washington. There is a very small FBI office 50 miles away in Bozeman.    The closest staffed FBI office is either Helena or Billings.   The Major Hub is Salt Lake.   The local Sheriff is really the only law,  Bozeman Police inside the city off Bozeman.  I believe that their was a completely bootleg wire tap on my rule ski Condo.  In addition to this their were two completely fictitious tenants added to the Postal Database.  They were made to look like brothers.   Using the Back Ground of the two fictitious occupants  an Illegal electronic Surveillance Warrant  was obtained.     The local sheriff has refused to produce any records even if they halve any.   I am in the second  lengthy  omnibus hearing for a miss domineer that is trying to assign a no trespassing to the locale rule post office.

Their were two subpoenas issued, one to the post office and one two the head off the Montana State police.  Neither off these entities returned the requested documents even on a signed subpoena from a Justice Judge.  Included is a third that was targeted to Brian Goodken ,  the Gallatin County Sheriff.   Please review it.  The Justice Judge would not sign it.    Also included is as yet, un-responded letter to the Gallatin county Sheriff as an official report off miss conduct.   This has not been responded to as off yet.

The local police halve not only gone along with this,   unless it is required to convict off a crime, they refused to furnish any kind off records.    They will not furnish tapes off traffic stopes or radio traffic.   They refuse to admit why they halve written me thousands off dollars in speeding tickets.  It is obvious that the car was beginning targeted on the Radio.     I am very concerned about the local polices behavior.   When spoken to about serious problems.   They refuse to escalate to even Sheriff's level, much less suggest contact the FBI,  or FCC, or maybe even Intelligence.   They halve no formal procedure for Miss Conduct,   they like to do everything Verbally and then not furnish the Tapes.

When they allowed the tampering in the Local Post Office,   this terminated any hiring process. I halve quite a good resume,   but due to their miss representation,   all Job opportunities vaporizes.  I am living off of my social security disability.  I get these record request denials from several Agencies including the FBI,  NSA, Postal Inspector General, CIA.  The second iteration off the FBI's is on the docket with a pending IFP motion in Billings as we speak.  During this process,  Gallatin County has refused to



**DAVID STEVEN BRAUN**
PO Box 27, Gallatin Gateway, MT 59730-0027
*406-404-2027*
*dbraun119@4securemail.com*

provide me an attorney, even to represent me in this criminal case.   After allowing these illegal entries in the post office and wire tapping,   Gallatin County has not provide a public defender,   which would be helpful in this criminal situation, as I am un-experienced in a court off law.

I would also like you to be aware off the following.   As early as 2013, I was aware off the fictitious entries in the postal database. I approached the Billings us attorney office.  I drove up, I asked to speak to the on duty person.  It was my understanding  that off every Body with a local office,  the US attorney would be the one responsible for  government Wire Tapping,  especially if it is not being done buy the FBI.   We chatted in a conference room.  I gave the girl my drivers license.  I told here the information was correct,  I specifically mentioned that their were problems with the records, and suspected an illegal electronic surveillance order and asked her if they could look into this or assist me. The women tried to comply.   She left the room,  after a period off time she returned.   She refused to speak to me.  She insisted I leave the US Attorneys office  and  was escorted down the elevator.  She took my Badge and insisted I leave the Federal Building.   She refused in any way to allow me to speak to any other office, include the head us Marshal who is also in the Building.    In now way was I advised to take this up with Washington,  or suggested that I file a law suite against the US Government in Federal Court.  The FBI Hub in Salt Lake was unable to correct the situation. I halve been court  for almost  three years,  at my own expense, during this time I halve been without income, while the Police halve Coffey breaks.  During this time I halve consistently been denied access to attorneys that could even Give me an hour briefing on how to do these privacy act Cases.   I halve been put in Handcuffs twice on very strange orders.   The first time I was dragged out of my Condo on Saturday afternoon, and took 50 ride down a canyon.  The second time,  I agreed to meat Brian Goodken in your local Bozeman FBI office.  He insisted,  I asked if I was being charged or if any kind off warrant's,  he said no. I did meat him.   He barged in,  put me in hand cuffs and drove to me the outskirts off town.  I was stuck in front off computer terminal in this sleazy institution.  I was forced wait in hand cuffs for about an hour.  I was asked my name,  they put it into the computer terminal.  Their was one previous entry, from when I guess I was dragged out of my Condo on a Saturday afternoon.   It was unclear what I was supposed to see,  some kind criminal record.  A court order that makes this surveillance legal.  I was then released.

After speaking with the prosecutor,  I didn't believe that a acceptable plea agreement was possible,  and requested the court issue the following subpoenas for some pre-trial deposition's.   As off yet they halve not been signed,  and the prosecutor all off a sudden maybe is now willing to modify some off the issues with his plea agreement.   They want me to sign a no trespassing and use a different post office.  I now halve drive 40 miles down a rule canyon road to get mail and to reliable mail letters. This is how it works.  I paid 240,000 for the condo,  maybe market value is now 190,200.

The first plea agreement had a clause that I must remain 100 yards from the Big Sky post office. There is one road out off Big Sky,  it passes within 100 Yards off the post office.  This was a signed plea agreement.  Had it been executed, I would halve been in violation every time I left my house.



**DAVID STEVEN BRAUN**
PO Box 27, Gallatin Gateway, MT 59730-0027
406-404-2027
dbraun119@4securemail.com

I halve also included some pictures off the wiring to a my sat tv from the out side off my condo. I added a new set, and when I installed it, the technician noticed that one off my neighbors had been wired in without an Isolator.   His unit is clearly connected and visible on my home network.    All that would be needed would be to enter the condo when I was not their and obtain a pairing code.   This would put their receiver on my network.   Among other things.   The computer I use to wright this letter and prepare  all my law suites is on this network.   These suites halve gone highly criminal.   Their were several entries into the Condo surrounding creation and service off these suites.   This was in addition two I believe a completely bootlegged wire tap at the Junction Box.

I think an investigation from DC is appropriate.   The local Sheriff an Gallatin County are extremely negligent.   As a minimum they all went along with this.   I would to point out.   Big Sky has two Gas stations,  and Bozeman is 40,000.   There is 1 Billion of Bankrupt real-estate in Big Sky. Obviously there are other problems besides the illegal wire tapping in this small community.

The second iteration off my privacy act denials for you the FBI and the Postal Inspector generally are on the Docket and pending an IFP motion.   The brief's a legally correct, so the court should halve full review off the records.   Apparently there is some kind off entry in a Civil Database that is preventing any kind off civil compensation,  even from the OMB.    As part off this suite,  I guess I need a court order from a Federal Judge to get this removed and allow a settlement process.

If this hasn't already been done,  could you please halve enforcement operations look into my cell account as per the letter to the US Attorney.   The local office didn't feel comfortable in forwarding this to the subject matter expert. The Vendor suggested I would need a subpoena.   Correcting this has been a very big problem.

David S Braun

5/29/2016

Exhibit 6



u.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

September 7, 2016

Mr. David Steven Braun
Post Office Box 563
Gallatin Gateway, MT 59730-0563

Subject: Braun, David Steven
FOIPA Requester No.: 1241892-2

Dear Mr. Braun:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Explanation of Exemptions:

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| 31 United States Code 5311 | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

119 pages were reviewed and 108 pages are being released.

☐ Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

    ☐ This information has been referred to the OGA(s) for review and direct response to you.
    ☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

☑
    In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Although your request is in litigation, we are required by 5 § USC 552 (a)(6)(A) to provide you the following information concerning your right to appeal.  You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

☐     The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.  Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).  Our experience has shown when ident, references usually contain information similar to the information processed in the main file(s).  Because of our significant backlog, we have given priority to processing only the main investigative file(s).  If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☑     See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

This is in further response to your Freedom of Information/Privacy Acts (FOIPA) request for information in FBI files pertaining to yourself.  Upon further review, the FBI has determined that additional pages/information may be released.  The enclosed copies consist of pages previously released and some pages with additional information that was previously excised.

Per your request, this release is being provided to you on a CD.  There is no charge for this release.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552a, subsection (j)(2).  However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

This concludes the processing of your request.

Exhibit 7

**Subject:** Request #768224: How would you rate the email support you received?

**From:** Consumer Cellular <service@consumercellular.com>

**To:** Dsb522 <dsb522@4securemail.com>

**Date:** Tuesday, 05/16/2017 4:02 PM

##- Please type your reply above this line -##

Hello Dsb522,

We'd love to hear what you think about this customer support email interaction. Please take a moment to answer one simple question by clicking either link below:

## How would you rate the support you received?

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what your ticket was about:

## Christina E. (Consumer Cellular)

May 15, 15:27 PDT

Hello Mr. Braun,

Thank you for your email, I am happy to help you with your options today. I am unable to locate an email address for Google, if you type "Contact Google" in the address line, you will receive their options for contact. I hope this helps your search, and they are able to assist you with this issue.

Please let us know if you need any further assistance by calling our Customer Service Department at 800.686.4460. Thank you for contacting Consumer Cellular.

Best regards,

Christina E.

Customer Service 800.686.4460
www.ConsumerCellular.com

Get iPhone 7 and iPhone 7 Plus with our convenient EasyPay program. Now available at www.ConsumerCellular.com and in most Target stores.

## Dsb522

May 15, 15:05 PDT

Do you halve the email address off their general in box.   I will try that.

On Monday 05/15/2017 at 2:05 pm, Christina E. (Consumer Cellular) wrote:
--Certified Virus Free by 4SecureMail.com ICSA-Certified Scanner--


## Christina E. (Consumer Cellular)

May 15, 13:05 PDT

Hello Mr. Braun,

Thank you for your reply, I'm happy to help you further. I unfortunately do not have a point of contact at Google; however if you contact their general inbox, they will direct your request to the appropriate department. I do not know if the issue you are referring to has to do with your device or your location services; so I cannot make a recommendation on which device you should use.

Please let us know if you need any further assistance by calling our Customer Service Department at 800.686.4460. Thank you for contacting Consumer Cellular.

Best regards,

Christina E.

Customer Service 800.686.4460
www.ConsumerCellular.com

Get iPhone 7 and iPhone 7 Plus with our convenient EasyPay program. Now available at www.ConsumerCellular.com and in most Target stores.


## Dsb522

May 15, 12:47 PDT

Two questions,   google is a big company,  could you suggest a point off contact regarding this problem.

Also,   do you think switching to my iphone would improve the situation.


Thank You

I'll take this with google,  the FBI and maybe the executive branch.

On Monday 05/15/2017 at 1:18 pm, Christina E. (Consumer Cellular) wrote:
--Certified Virus Free by 4SecureMail.com ICSA-Certified Scanner--


## Christina E. (Consumer Cellular)

https://mail.4securemail.com/surgeweb?cmd=show&page=print.htm&fld_id=Complaints&msg_id=23&all_rcpts=true&ident=1&sid=300615098

2/3

2/18/2018                                        Secure Webmail

May 15, 12:18 PDT

Hello Mr. Braun,

Thank you for your email, I am happy to help you with your inquiry today. I am sorry for any frustration this may be causing; however Consumer Cellular does not have access to your Google location services information. You will need to reach out to them for assistance with your location services.

Please let us know if you need any further assistance by calling our Customer Service Department at 800.686.4460. Thank you for contacting Consumer Cellular.

Best regards,

Christina E.

Customer Service 800.686.4460
www.ConsumerCellular.com

Get iPhone 7 and iPhone 7 Plus with our convenient EasyPay program. Now available at www.ConsumerCellular.com and in most Target stores.

## Dsb522
May 10, 21:00 PDT

*This email was sent from the web and may not have a valid email address to respond to.

### Contact Information:

Name:    David Steven Braun
Number: 406-539-1624
Email:    dsb522@4securemail.com
Topic:    Other

### Comments:

I contacted you once before, I had received many strange spading tickets, mostly when the location service is on. When I contacted you last, you said you would require a supeona. This was a while ago. I noticed my location service was several days ago after the problem re-occured. Could you examine if anyone is accessing my location service on the droid, 406-539-1624 within the last week.Thank You

This email is a service from Consumer Cellular.

[JL66LV-E53K]

Exhibit 8

### IN THE MONTANA JUSTICE COURT OF GALLATIN COUNTY, STATE OF MONTANA

\*          \*          \*          \*          \*          \*

STATE OF MONTANA

    Plaintiff(s)

    vs

DAVID STEVEN BRAUN

    Defendant(s)

**PROOF OF SERVICE**

Case Number: TK-2015-0003125

SUBPOENA DUCES TECUM

\*          \*          \*          \*          \*          \*

The undersigned declares under penalty of perjury under the laws of the State of Montana that the following is true and correct.

The declarant is now and at all times has been a citizen of the United States and a resident of the State of Montana, over the age of eighteen years, not a party to or interested in the above-entitled action and competent to be a witness therein:

At 10:53:00 AM on 11/10/2015, I personally served the above-described documents on Robert Armstrong Major for Montana Highway Patrol for Colonel Tom Butler at his/her place of employment: Montana Highway Patrol, 2550 Prospect Ave.., Helena, MT.

| Service | Amount | Description |
|---------|--------|-------------|
| Service | $50.00 | |
| Total | $50.00 | |

DATED THIS 11TH DAY OF NOVEMBER, 2015.

BRIAN MOOK 8937

WILLIAMS INVESTIGATIONS
1100 WAUKESHA AVENUE, SUITE 3B
HELENA, MT 59601



David Steven Braun
*(your name)*
PO Box 563
*(your street address)*
Gallatin Gateway, MT 59730-0563
*(city, state, zip code)*
406-404-2027
*(your phone number)*

MONTANA ___18th_____ JUDICIAL JUSTICE COURT,
*(number of district in which your county is located)*
_____Gallatin_____ COUNTY
*(name of your county)*

| | | |
|---|---|---|
| State of Montana | ) | Your Case No.   TK-2015-0003125 |
| | ) | |
| | ) | SUBPOENA DUCES TECUM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| David Steven Braun, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

THE STATE OF MONTANA TO:   Colonel Tom Butler,  Montana Highway
Patrol,  Helena, MT

YOU ARE HEREBY COMMANDED,   to produce for inspection and/or copying on or before the 21'st day after the service off this Subpoena the following records from the post office.  Please deliver one copy to the defendant and one to the prosecutor at the following addresses.

David Steven Braun
PO Box 563
Gallaten Gateway, MT 59730-0563

Russ Hart
Judge Guenther Memorial Center
1709 West College - Suite 200
Bozeman, MT 59715

Attached is an explanation off the requested records.

If you fail to produce the following document buy the required time,   you can be punished for contempt of court as

provided by law.

**Rule 45(c).   Protection of persons subject to or affected by subpoenas.**

(1)       A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)       (A)       A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

          (B)       Subject to subparagraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying, or any person affected thereby, may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, and to any affected person who has served written objection, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)       (A)       On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

                    (i)       fails to allow reasonable time for compliance; or

                    (ii)      requires in the case of a deposition or production prior to hearing or trial, a person to travel beyond the 100 mile radius provided in subparagraph (b)(2) of this rule; or

     (iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies; or

     (iv)    subjects a person to undue burden.

(B)    If a subpoena

     (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information; or

     (ii)    requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or

     (iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

### Rule 45(d).   Duties in responding to subpoena.

(1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)    When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and

shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

DATED this **30** day of *October*       , **2015**.
      *(date)*        *(month)*        *(year)*

*Original Signed by*  on original
*Judge Bryan Adams*  order

                 Clerk of Court

BY:_____
Deputy Clerk of Court

## Requested Documents

I halve a long history off receiving tricky speading ticks.    Mostly in rule arias, in-between West YellowStone and Big Sky.    Bozeman and Hellena, etc.    Their were several lawsuits against the US Government in Butte Federal,    Verizon and Google. Their were fictions tenants added to the Postal Database.    I finally had to write the NSA to stop the tickets.    Included is the following record request denial from the Agency.

I halve made two office miss conduct requests.    One to a Sargent Nelson where I asked him to look into these tricky   tickets and why these squad cars were being dispatched and where the orders were coming from.    This was in 2013 early 14. What ever he found was not released to me.    Please produce all document produced around this request.

I also started receiving a large number off stops lately.    3 or 4 from Gallatin county. One from a state trooper near my house.    The trooper was distasteful.    I submitted the included complaint dated September 1.    He asked me to step out off the Vehicle which I though was very inappropriate.    He engaged me in nasty small talk,    but when asked to do something productive or let know what comes back from the dispatch when he ran my plaits,   he refused to answer me.    I filled out the included miss conduct and delivered it to your small Bozeman office.    I was told Verbally buy your sergeant that there would be no response.    I would like all records produced from this incident.  Including why he was dispatched.    What he was expecting to find.   Was he expecting to arrest me?    And any and all video and radio traffic.

I halve also included a disk that contain two radio broadcast from previous Traffic Stop's on my infinity.   The second sound bit came from a traffic stop generated buy a federal Judge in Baltimore.    It is my understanding that the post office failed to verify that I was the current and only occupant off my legal mailing address.    She believed from her IT,   that I was lying about my name and generated an arrest warrant that went no further than my car window.      If you listen to the radio traffic,    the officer clearly states   that she does not know who she has.    This was a 200 dollar ticket.    And the civil suite was unable to proceed and cost me 400 dollars.

Also,    if you listen to the first radio traffic and the second,    the alert statements halve changed.    There is now a statement that I live in Big Sky,   am very good with fire arms and very very anti law enforcement.    Now I know off no incident on my record that allows these alert to be stated.     And when my Montana Licensee is the only occupant in the post computer,   I believe they go away.     I would like any and all information on who changed and tailored the alert to me living in Big Sky.   This is designed to insight violence from the next traffic stop.

Last,    please furnish all dispatch logs that contain orders to pull over or contact my infinity.    I believe there is a teletype and officer's can be dispatched through the on duty sergeant or any other means that a command can be transmitted to an officer in a squad car.    Please furnish all records off these orders and where they came from.

David Steven Braun
PO Box 563
Gallatin Valley, MT 59730-0563
406-404-2027

Office Complaint To Montana State Police

On 8/31/2015  I was stopped for allegedly speeding around four corners.  I was issued
W0516024 Warning.  I was a little unhappy with the stop.  I halve had quit a few identity problems.
The included plait run showed two fictitious  tenants.  At least one off these was a state ID card,  who I
believe  had been declared incompetent.  Also included is a CD with radio traffic from Previous police
stopes.  These database  problems halve generated quite a bit  off the trick stops.

My first complaint is that I was asked to get out off the vehicle .  I am not happy about this.
The second one was he tried chat me up,  his questions were friendly and non specific,  but when I
asked the guy what came back when he ran the plaits,  he admitted that one off the local guys had put
something on the plait run.      I was told to find out what came across on the plait run, I would halve to
speak to a  local sergeant.  I spoke to Sergeant Hickok , Badge #645.  He said I would halve fill out a
confidential  record request,  he would not be able to tell me either.

I would like the following from this stop.   What he expect4ed to find,   what were his orders.
And the radio traffic from the plait run any video.

David Steven Braun

9/1/2015



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000

PA Case:  75899
7 January 2014

**RESTRICTED DELIVERY**

Mr. David S. Braun
155 Aurora Light DR B10
PO BOX 161950
Big Sky, MT  59716-1950

Dear Mr. Braun:

This responds to your 22 November 2013 Privacy Act (PA) request, which was received by this office on 4 December 2013.  We have previously responded to requests from you (cases 70340 and 73565) and explained that your request for information relating to local law enforcement and identity theft issues do not fall within this Agency's intelligence mission or Information Assurance mission.  However, based on conversations you have had with this office, we have interpreted your most recent request to be for any new records created since the time of your prior FOIA requests that may reflect records this Agency maintains on to you and visits to any of this Agency's facilities.  This request has been assigned Case Number 75899 and has been processed under the provisions of the Freedom of Information Act (FOIA) and the PA.

The only documents located reflect your visit to the Utah Data Center. Those documents are enclosed.  There are no fees associated with the processing of your case since your request meets the requirements of the PA for which there are no fees.  Please be assured that all personal records are maintained on a strict need-to-know basis and access is limited to duly authorized personnel.

This Agency is authorized by statute to protect certain information concerning its activities, as well as the names of its employees.  Such information is exempt from disclosure pursuant to the third exemption of the FOIA, which provides for the withholding of information specifically protected from disclosure by statute.  The specific statute applicable in this case is Section 6, Public Law 86-36 (50 U.S. Code 3605, formerly 50 U.S. Code 402 note).  This same information is also exempt from disclosure under the PA pursuant to the provisions of Public Law 86-36.  We have determined that such information exists in these records, and we have excised it accordingly.

PA Case: 75899

Certain information has been deleted from the enclosures under the (k)(2) exemption of the PA which exempts investigatory material compiled for law enforcement purposes. In addition, Exemption 7 of the FOIA protects from disclosure records or information compiled for law enforcement purposes. This includes information that, if released, would reveal law enforcement techniques or procedures. We have determined that such information exists in these records, and it has been withheld under (b)(7)(E). This same information is also exempt pursuant to (b)(3) as stated above.

The Initial Denial Authority for NSA information is the Associate Director for Policy and Records, David J. Sherman. Since the deletions from the enclosed documents, may be construed as a partial denial of your request, you are hereby advised of this Agency's appeal procedures. Any person denied access to information may file an appeal to the NSA/CSS FOIA/PA Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA/PA Appeal Authority (DJ4), National Security Agency, 9800 Savage Road STE 6248, Fort Meade, MD 20755-6248. The appeal shall reference the initial denial of access and shall contain, in sufficient detail and particularity, the grounds upon which the requester believes release of information is required. The NSA/CSS FOIA/PA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt.

In addition, on behalf of the FBI, an FBI employee name has been deleted from the NSA documents pursuant to (b)(6) and (b)(7)(C) of the FOIA.

As we previously advised you, we will not accept additional requests for information that we have already addressed previously in our responses to you. They will be filed with your prior requests with no further action from this Agency.

Sincerely,

PAMELA N. PHILLIPS
Chief
FOIA/PA Office

Encls:
a/s

STATE OF MONTANA
     Plaintiff(s)

                                      PROOF OF SERVICE

vs.

                                Case No. TK-2015-0003125

DAVID STEVEN BRAUN
     Defendant(s)

Documents Served: SUBPOENA

The undersigned declares under penalty of perjury under the laws of the State of Montana that the following is true and correct:

The declarant is now, and at all times has been, a citizen of the United States and a resident of the State of Montana over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness therein:

On 11/05/2015 at 8:45 am/pm, I personally served the above-described documents on JOEL J. BACHOFER, POSTMASTER - BOZEMAN POST OFFICE, at U.S. POST OFFICE, 2201 BAXTER LANE, BOZEMAN, MT 59718.

Dated: _11/6/2015_

Server's Signature: _Mark McGlynn_

Printed Name: _MARK McGLYNN_

License #: _18282_

Executed the _6th_ day of _NOVEMBER_, 2015

State of Montana
County of: _Gallatin_
Signed and acknowledged before me on _November 6_

_Sam Gilmer_
Notary Public for the State of Montana

SAM GILMER
Notary Public
for the State of Montana
Residing at:
Bozeman, Montana
My Commission Expires:
January 15, 2016

WILLIAMS INVESTIGATIONS
1100 WAUKESHA AVE. STE. 3B
HELENA, MT 59601
(406) 442-2621



IN THE JUSTICE COURT, STATE OF MONTANA
IN AND FOR THE COUNTY OF GALLATIN
BEFORE THE HONORABLE BRYAN ADAMS

STATE OF MONTANA
       *Plaintiff*

vs.

David Steven Braun
Po Box 27
Gallatin Gateway, MT   59730
       *Defendant.*

Case No. TK-2015-0003125

**ORDER**
Subpeona Duces Tecum

      **IT IS HEREBY ORDERED** that documents requested in the Subpoena Duces Tecum be produced forthwith.

Dated: this ___30᷆ᴴ___ day of ___OCT___, 2015

_____
Justice of the Peace

Re: Post Master
Baxter Lane
Bozeman, MT

11-2-15

Original Order MusT
Be returned to Gallatin
County Justice Court
after service, along with
Affidavit of Service.
You will need to prepare
a Praecipe for the Agency
providing service stating
instructions for service.

SCAN-TM
NOV - 2 2015

Attached is an explanation off the requested records.

If you fail to produce the following document buy the required time,   you can be punished for contempt of court as

provided by law.

**Rule 45(c).   Protection of persons subject to or affected by subpoenas.**

(1)      A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)      (A)      A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)      Subject to subparagraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying, or any person affected thereby, may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, and to any affected person who has served written objection, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)      (A)      On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)       fails to allow reasonable time for compliance; or

(ii)      requires in the case of a deposition or production prior to hearing or trial, a person to travel beyond the 100 mile radius provided in subparagraph (b)(2) of this rule; or

   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

   (iv) subjects a person to undue burden.

  (B) If a subpoena

   (i) requires disclosure of a trade secret or other confidential research, development, or commercial information; or

   (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or

   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**Rule 45(d).   Duties in responding to subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

DATED this _30_ day of _October_ , _2015_.
   *(date)*  *(month)*   *(year)*

*Original Signed by*
*Judge Bryan Adams*
_____
Clerk of Court

COPY
for Postmaster

David Steven Braun
*(your name)*
PO Box 563
*(your street address)*
Gallatin Gateway, MT 59730-0563
*(city, state, zip code)*
406-404-2027
*(your phone number)*

MONTANA ___18th_____ JUDICIAL JUSTICE COURT,
*(number of district in which your county is located)*
_____Gallatin_____ COUNTY
*(name of your county)*

| | |
|---|---|
| State of Montana<br><br>Plaintiff,<br><br>vs.<br><br>David Steven Braun,<br><br>Defendant. | Your Case No.  TK-2015-0003125<br><br>SUBPOENA DUCES TECUM |

THE STATE OF MONTANA TO:   The Post Master,    Baxter Post office, Bozeman MT.

YOU ARE HEREBY COMMANDED,   to produce for inspection and/or copying on or before the 21'st day after the service off this Subpoena the following records from the post office.   Please deliver one copy to the defendant and one to the prosecutor at the following addresses.

David Steven Braun
PO Box ~~566~~ 2 7    0027
Gallaten Gateway, MT 59730-~~0566~~

Russ Hart
Judge Guenther Memorial Center
1709 West College - Suite 200
Bozeman, MT 59715

## Requested Documents

The defendant owns a ski condo Up at Big Sky.     I purchased the Property in Mid 2005 and halve had two PO Boxes in the 59716 zip code.

PO Box 161490
Big Sky,    MT 59716-1490

PO Box 161950
Big Sky,   MT 59716-1950

The first was closed I believe 2013.    The second was opened when the first box was closed and then recently closed.

I would like the records off all occupants off the two mailing address from 2005 on. When David Steven Braun took possession,   every change till the present.    I would like as much information as possible,     including the Full Name off each occupant, and any additional information such as Birth Date,   Social security number and or the government ID Number used.    Also any time they were put to general delivery over this time period.   I would like these records from the Web Bats computer system.

I would also like you to produce all physical documents,    such as all 1093 form's.    I believe any re-keys.    Any correspondence or additional documents pertinent to the above two address when the defendant used them as his legal mailing address.

*11/4/2015*

In the Justice Court, Department one and Two of the State of Montana in and for the
County of Gallatin, Before Rick West / Bryan Adams, Justices of the Peace.
615 So. 16th Avenue, Room 168, Bozeman, MT 59715
406-582-2191

State Of Montana                                    Case No.   TK-2015-0003125
        Plaintiff

Vs.                                                 Praecipe

David Steven Braun                                  Instructions For Service

        Defendant              *11/05/2015 @ 0845 Hrs*
                                                    *SERVED*
                                                    *MM          $50.00*

To               Williams Investigation's

Date             11/2/2015                          *JOEL J. BACHOFER*
                                                    *POSTMASTER*
From             David Steven Braun                 *BOZEMAN POST OFFICE*
                 PO Box 27
                 Gallatin Gateway, MT 59730-0027
                 406-404-2027
                 dsb519@hushmail.com

Instructions For Service

Please process serve this to the Postmaster at the Baxter Post Office at

US Post Office
2201 Baxter Ln,
Bozeman, MT 59718

Please return the Original and Proof of Service to the Clerk of Courts at the address on
the top off this page.  Please return a copy and a copy off the original and the proof or
service me at the      Po Box 27 stated on  this form.

*David S Braun*

Exhibit 10

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky, MT 59716-1950
406-404-2027

Please attached this to the recently created rule call completion complaint 20141009102143, Consumer center complaint  14-C00621507.

Over the last week or say,  # halve been added to my caller id Name Field.  I am told that special characters are not allowed or has special meanings.   I halve experienced major call completion problems,  I believe when this was removed the problem was corrected.   It was corrected buy a federal law suit, it recently re-serviced a week or so ago.   I and I believe any off my vendors authorized a change.  But when you call a phone that has Caller ID Name,  # started appearing.

This seems to halve the buy product of block transfers  beyond initial operators when dealing with say bigger and more sophisticated phone systems.   I would like you to note,  I halve a long history off complaints with the FCC.  The  FOIA office refused to release any results off any investigation , and this was upheld buy your lawyers on Appeal.   But I would like you to note.  If I call your rule call completion center,  or even your enforcement burrow,   I halve never been transfer past the operator to even the front line supervisor.   And I halve never been advised on a technical level why this is or what needs to be done to correct this problem mechanically.

This seams to impact speaking with lawyers for initial consultation.  Scheduling doctor appointment.   In the past I halve tried to contact Hospitals to discuss results off fairly serious procedures  and advice off say does the on call doctor feel  I should consider checking my self in for further tests.

This re materialized in the third-party databases within the last week. I halve been able to correct it buy working with the vendors and doing a Caller ID Name Reset.

Thanks

David S Braun

10/9/2014





**Acknowledgement of Submission from David Braun, reference number 20141009102143 .**

**Thank you for submitting your complaint information to the Rural Call Completion Task Force.**
**The FCC will contact you if additional information is required. Please keep this information for future reference.**

Exhibit 11

David Steven Braun
*(your name)*
PO Box 27
*(your street address)*
Gallatin Gateway, MT 59730-0027
*(city, state, zip code)*
406-404-2027
*(your phone number)*

IN THE JUSTICE COURT, STATE OF MONTANA
IN AND FOR THE COUNTY OF GALLATIN
BEFORE THE HONORABLE BRYAN ADAMS

| | |
|---|---|
| State of Montana<br><br>       Plaintiff,<br><br>  vs.<br><br>David Steven Braun,<br><br>       Defendant. | Your Case No.  TK-2015-0003125<br><br>SUBPOENA DUCES TECUM<br>&  interrogatories |

THE STATE OF MONTANA TO:   The Gallatin County Sheriff

YOU ARE HEREBY COMMANDED,   to produce for inspection and/or copying on or before the 21'st day after the service off this Subpoena the following records from the post office.   Please deliver one copy to the defendant and one to the prosecutor at the following addresses.

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027

Russ Hart
Judge Guenther Memorial Center
1709 West College - Suite 200
Bozeman, MT 59715

Attached is an explanation off the requested records.

If you fail to produce the following document buy the required time,    you can be punished for contempt of court as

provided by law.

**Rule 45(c).   Protection of persons subject to or affected by subpoenas.**

(1)        A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)        (A)        A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

          (B)        Subject to subparagraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying, or any person affected thereby, may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, and to any affected person who has served written objection, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)        (A)        On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

                   (i)        fails to allow reasonable time for compliance; or

                   (ii)        requires in the case of a deposition or production prior to hearing or trial, a person to travel beyond the 100 mile radius provided in subparagraph (b)(2) of this rule; or

                   (iii)        requires disclosure of privileged or other protected matter and no

exception or waiver applies; or

    (iv)    subjects a person to undue burden.

  (B)    If a subpoena

    (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information; or

    (ii)    requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or

    (iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**Rule 45(d).   Duties in responding to subpoena.**

(1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)    When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and

shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

DATED this ____ day of _____, _____.
               *(date)*        *(month)*        *(year)*

                              _____

                                   Justice Court Judge

BY:_____

# *Requested Documents*

1.    Their was an incident a while ago   where I was contacted   buy one off your officers on my cell.
      I was simply asked my Birth Date,   then I was told I was assigned a no trespassing order to a
      spa and the only Jim in Big Sky.      I was never told what I did or what the incident was.      I
      would like both owners signatures especially the owner off the Jim,   since the incident did not
      occur at the Jim.        Some one asked him simply to ban from that to.      I would like you to note,
      that this is in the same shopping center as the post office,    which has blatantly allowed
      fabricated records,    and caused major problems in among other things,   squad car operations,
      and being able to find tickets in the Justice court.       If I remember this incident, he was unable to
      write me any kind off ticket.

2.    One off your deputies,    deputy Gould,    Nocked on my door.   He was rude,    and it was
      obvious he intended to Barge his way into my condo.    He started off a conversation that he
      wanted to explain to me that Lesle the post office worker wanted to keep our relationship ship on
      the professional side.   I remember that the conversation that prompted this was why I had just
      been stopped buy a west yellow stone ranger after an arrest warrant was issued buy a federal
      Judge in Baltimore.   I never was interested in her.   Once in side my house,   he asked to pat
      me down.   I let him.   Never again.   I would like   a statement off why he came to my
      house, and what he expected to find.   Recently from the result off a subpoena served at the
      Baxter Post Office.   It showed the Box as General Delivery.        The result off the subpoena
      were incorrect and incomplete.    I would consider them contempt or destruction off evidence.
      This was one off the few things that came back.   I would like you to note,    I walked over to
      your little police station at Big Sky,   the fucking pig asked to pat me down.   Don't ever halve
      him approach me again.    I would like a detailed statement off who caused this behavior,    what
      he told,   and if he ran any off the plates or background.

3.    Their was a 9 year old child told to hang around my house,   she had obviously been told to make
      some statements such as David Come out and Play.   I had a bumb their and several other
      statements that would lead me to believe who ever told her to do this had knowledge off
      conversations on my 3-rivers copper land line.    And the fact I was in Bozeman using a senators
      cube for a deposition with the Military.    She nocked on my door,   and then asked for a
      donation.   I told her got her mother,   called 911 and left condo.   I would like all records off
      this.

4.    A girl from a neighbors apparent knocked on my door.   She asked to use the phone.   She
      started vomiting and was in very bad shape.   I contacted 911,   got her an ambulance and then
      gave a statement to office Parker I believe.   Could you please provide any records about this
      incident.   I was fairly certain the idea was to say I did this.

5.    Their were several open doors   surround some civil suites in federal court that would generate
      highly criminal charges.     Any records you halve about these would be appreciated.

6.    Recently,   I left at a late hour.   Yet again,    I saw 4 or five squad cars in the canyon.   I was
      pulled over out buy three forks.   The guy said he was Gallatin County.   I think out of Manhattan.
      I believe that this is the range off you little deputy's wake talkies.   I would like you to furnish all
      tapes and radio traffic from incident.     I tried to contact your little dispatch.     Very cutly they
      would tell me a Sergeant was not available.    I drove up to Big Sky.    On the highway buy
      oussel falls was Doug Lurantz and I believe Sergant Kelly,    your new officer.   I would like to
      exactly what statements precipitated this.     Their was talk off Guns and Narcotics out buy

Townsend.   I would like an explanation off why this was.   I was also bated again buy squad car.   He was doing 40 in a 60.   I really didn't want to talk to your guys on the side off the road, so I did 40. I would like your record on this.

7.   After this incident,   you figure they plaid around in the post office again, and this anti law enforcement thing is back.   I moved my billing address on my title and my license to Gateway. I approached Doug Lurance to run my plaits and License through the computer.   He said it was fine now,   hopefully I won't halve to do this again.

8.   Since then,   I was pulled over in Bozeman.   Their was court case TK-2015-02394.   They would not furnish any radio traffic voluntarily,   or why the Guy was told to Pull Me over.   I you can, under this subpoena,   since it is to Gallatin County,   I would like you to furnish the radio traffic,   where the order came from, and what they were.   Was he expecting a warrant,   or other than maybe being able to issue a questionable traffic ticket,   what was he expecting?

9.   After this stop,   I was pulled over twice,   both times at the conico buy Deputy Earl.   The first time,   I am run through the computer and released.   The second I am handed this no trespassing and a Miss Domineer that is the basis off this court case.   I would like you to explain who gave him this order and what he was expecting find on these two stops.

10. I would to know any or all statements maid about me buy either the post office workers.   Has any one accused me off trafficking in Narcotics.   I am sure you are aware their was an illegal court ordered electronic surveillance warrant based factious residents in the Post Office Database.   Were their any statements behind my back that cause this behavior.   Jean Palmer, who probably allowed the entries or knew about them said I was a Drug Dealer because I had a green Gold on.   I would all statement you aware off.

11. Recently I approached officer Doug Lorentz.   I added a new tv in my bedroom.   When I had the dish guy come out to install it,   he noticed that my neighbors reviver had been intentionally wired so that my dvr and receiver as well as my Wi-Fi network were visible from his apartment. I sent him a couple of pictures.   Can you find out any report or what he found.   I halve included a picture off my HDTV and where the wiring on my condo was done without an isolator.

## Interrogatory Questions.

1.   I would like to know your written procedure for Office Miss Conduct.   Apparently you don't furnish or keep any records off your people behavior.

2.   I would like you to explain your new officers Technique.   Would you like to only speak to deputies.   I would like you to explain this Technique.   Who gave this order and why this is. You halve no misconduct reports.   You will put nothing in righting unless it put me in front off Judge.   I would your take on this.   What do you think off your officers behavior.

3. Also,  I recently contacted your records department.  I asked to furnish the names off all the Big Sky officers.   Past and Present. Then  Deput Lurantze popped up in my in Box.   I would why this his.    I would like you to furnish their names.   Please don't ever halve one off your officers approach me again.

4. I halve included two police reports from your records department.   Until I left a message at your secretary,    my address was marked special.    I believe this meant that you keep no records. Could you elaborate on this.

**STATE OF MONTANA**
**DEPARTMENT OF LABOR & INDUSTRY**
**BUSINESS STANDARDS DIVISION**
**301 SOUTH PARK AVE, 4TH FLOOR**
**PO BOX 200513**
**HELENA MONTANA 59620-0513**
**(406) 841-2333 FAX (406) 841-2363**

FOR OFFICE USE ONLY

COMPLAINT NUMBER

2012-249-MCD

COMPLAINT AGAINST: DR Jeff ~~Dennias~~ Daniels MD    LICENSE #: 7420
                                                                         (If Known)

PROFESSION/OCCUPATION TYPE: General Practice

BUSINESS/FIRM NAME: Medical Clinic of Big Sky    PHONE: 406-993-2965

ADDRESS: PO Box 160609            Big Sky, MT       59716
          Street # or PO BOX                     City/State          Zip Code

If Applicable:
PATIENT NAME: David Steven Braun          DATE OF BIRTH: 09-30-19~~66~~
                                                                                    1968

NATURE OF COMPLAINT: *please describe in detail the nature of the complaint, giving dates and other information. If service is part of the complaint, give information about telephone calls, contracts, etc. Attach additional sheet if necessary. (Maximum characters: 950)*

Made a complaint in a senators office in Bozeman, and had one drink at a bar where I beleive the bar tender put something in it. Driving up from bozeman to Big Sky I was very sleepy, lathargic and swerving. I went to DR Danials the next day, flashed a senators card, explained this to him and asked him to draw blood and see if he could find the countries top lab and see if they could identify what was given and if any thing could be done. He was evasive and unclear. He told me he was sure he knew the problem, sent the lab to bozeman and ran an expensive test that did not involve poision and took three days. I returned, the test was negative, and when queried the sample was disposed off. Making it impossible to send else where for further tests. You can suppenoa the records. I beleive DR Danials was decepetive, and hoped the coriner would find a body in three days and actions are criminal.

LIST OF WITNESSES AND EVIDENCE: *(Maximum characters: 295. Attach an additional sheet if necessary)*

You should be able to query the doctors records and charts.

WHAT ACTION ARE YOU REQUESTING OF THE BOARD? *(Attach an additional sheet if necessary)*

His actions were deceptive and unprofessional. He stated he would be my doctors, the played around and failed to give me a straight answer on my health. I Beleive his practive and license should be reviewed and potentialy pulled

The facts and matters contained herein are true, accurate and correct to the best of my knowledge.

YOUR NAME *(Please Print)*: David Braun       PHONE #: 406-993-9663

YOUR ADDRESS: PO Box 161490 Big Sky, Mt 59716

*I hereby authorize that all of my protected health information maintained by any and all of my healthcare providers and that all of my health information maintained by any and all of my healthcare providers be furnished to the above-named licensing board and/or its agents. This authorization shall remain in effect until the licensing board has concluded all actions concerning this complaint.*

COMPLAINANT'S SIGNATURE: David Braun       DATE: 11/3/11

FOIA/PA Request th͡ ͡ roduced FOIA 70340
The Time stamp on the file is 4/4/2013 9:49 PM

The request was faxed.

Exhibit 13

Privacy act request, request for help from NSA:

David Steven Braun

PO Box 161950

Big Sky, MT 59716-1950

USA

406-993-2448

704-942-8477

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

09-30-1968

Over the years, there have been many problems, including mikies, wire taps, currently cell phone gps servalance, email problems, etc. I have approached the military several times, as early as the late 93-95 for help. I sent a scrambled jolly roger from a us cost gard dock on the shore off lake eary. Recently there was a deposition in a senators office, and several subsequent complaints. I think the electronic problems around me are gone.

Question. Please let me know if there is any reason, court order, that you are not allowed to respond, or at least do a credible investigation. I have never signed any thing or made aware off this. From a simple back trace issue, someone locally was able to pencil in another completely separate pearson with almost an identical name as a second resident to my ski cabin. I think I got this straightened out.

I frealy admit I never set foot inside a NSA facility, I was in the parking lot, but under the circumstances, there may have been some things done in local law enforcement cars etc. There may have also been some friendly wire taps, which were a big help.

There were allot off drugs forced on me, without a court order, Haldol etc. I have no criminal record. If you can't find a record off this, please let me know.

Could you have somebody contact me familiar with this type off situation. I'm 44. I realize I can't go back, but some financial help would be appropriate. As a minimum, I'm responsible for my own health care. I have been milked several times. There have been medical review records lost. A hospital CEO and a local sheriff retired around these times.

I would like to know my legal status. Can you brief me on how to requisition money. Can you grant local law enforcement credential for carring a weapon.   There have been large plain closed people waiting at my PO Box after returning from a trip.

Thanks

David Steven Braun

Note. If you have received any request and released any information to someone claiming to be me, or that is say operation as my lawyer or doctor, this is not the case. I was unaware of this, this is fraud. Also, could you let me know if any off your records show that for any reason I have relinquished any rights, this was done behind my back. Please let me know if this was the case. I would be happy to show up at any government facility, finger prints, and drivers licenses in hand if you can be off assistance.

**Exhibit 14**



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case:  70340
9 April 2013

Mr. David S. Braun
PO Box 161950
Big Sky, MT  59716-1950

Dear Mr. Braun:

    This responds to your Freedom of Information Act (FOIA) request of 5 April 2013, which was received by this office on 5 April 2013, asking for a "credible investigation" or information regarding "things done in law enforcement cars etc." or information regarding "large plain closed people waiting at my PO Box after returning from a trip" and possible wire taps.  Your letter has been assigned Case Number 70340.  Please refer to this case number when contacting us about your request.  For purposes of this request and based on the information you provided in your letter, you are considered an "all other" requester.  There are no assessable fees for this request.

    You may be aware that one of the NSA/CSS missions is to collect, process, and disseminate communications or signals intelligence information for intelligence and counter intelligence purposes and to support military operations.  NSA collects information on unspecified persons and entities to prevent and protect against terrorist attacks, the proliferation of weapons of mass destruction, intelligence activities directed against the United States, international criminal drug activities, and other hostile activities directed against the United States.  The roles and responsibilities that NSA exercises are delineated in Executive Order 12333, as amended.

    The classified nature of the National Security Agency's efforts prevents us from either confirming or denying the existence of intelligence records responsive to your request, or whether any specific technique or method is employed in those efforts.  The fact of the existence or non-existence of responsive records is a currently and properly classified matter in accordance with Executive Order 13526, as set forth in Subparagraph (c) of Section 1.4.  Thus, your request is denied pursuant to the first exemption of the FOIA, which provides that the FOIA does not apply to matters that are specifically authorized under criteria established by an Executive Order to be kept secret

FOIA Case:  70340

in the interest of national defense or foreign relations and are properly classified pursuant to such Executive Order.

Moreover, the third exemption of the FOIA provides for the withholding of information specifically protected from disclosure by statute. Thus, your request is also denied because the fact of the existence or non-existence of the information is exempted from disclosure pursuant to the third exemption. The specific statutes applicable in this case are Title 18 U.S. Code 798; Title 50 U.S. Code 403-1(i); and Section 6, Public Law 86-36 (50 U.S. Code 402 note).

The Initial Denial Authority for NSA information is the Deputy Associate Director for Policy and Records, D. M. Janosek. As your request is being denied, you are hereby advised of this Agency's appeal procedures. Any person denied access to information may file an appeal to the NSA/CSS Freedom of Information Act Appeal Authority. The appeal must be postmarked no later than 60 calendar days of the date of the initial denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA Appeal Authority (DJ4), National Security Agency, 9800 Savage Road STE 6248, Fort George G. Meade, MD 20755-6248. The appeal shall reference the adverse determination and shall contain, in sufficient detail and particularity, the grounds upon which the requester believes that the determination is unwarranted. The NSA/CSS FOIA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt, absent any unusual circumstances.

Please be advised that NSA is not a law enforcement Agency. Therefore, you may wish to contact your local authorities for information regarding any criminal activity related to your situation.

Sincerely,

PAMELA N. PHILLIPS
Chief
FOIA/PA Office

Exhibit 15



**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

Case No. 70340/Appeal No. 3780
23 September 2013

Mr. David S. Braun
P.O. Box 161950
Big Sky, MT 59716-1950

Dear Mr. Braun:

This replies to your letter, postmarked 15 April 2013, appealing the National Security Agency's (NSA's) denial of your request under the Freedom of Information Act (FOIA) for information this Agency maintains on you. I have reviewed your request, the Chief of the FOIA/Privacy Act (PA) Office's response to you, and your letter of appeal.

As a result of my review, I have concluded that the appropriate response is to continue to neither confirm nor deny the existence or nonexistence of any intelligence material on you, metadata/call detail records on you, and/or any telephone numbers provided in your request relative to the recent public acknowledgment of NSA programs authorized under Section 215 of the USA PATRIOT Act, Section 702 of the Foreign Intelligence Surveillance Act Amendments Act, or any other intelligence activity. To do otherwise when challenged under the FOIA would result in the exposure of intelligence information, sources, and methods, which could harm our national security and severely undermine NSA activities in general. For example, if NSA denied having information in cases where we had no such information but remained silent in cases in which the information existed, it would tend to reveal in which activities NSA was engaged.

Accordingly, the existence or nonexistence of any intelligence information you requested remains exempt from disclosure pursuant to 5 U.S.C. § 552(b)(1), which protects properly classified information. I have determined that any substantive response to your request would tend to confirm or deny specific activities. The fact of the existence or nonexistence of such information is a properly classified matter under Executive Order 13526 since it meets the specific criteria for classification established in Section 1.4(c) of the Order. When such classification is warranted, Section 3.6(a) of the Order allows an agency to respond by declining to confirm or deny the existence of responsive records.

Further, the fact of the existence or nonexistence of any such records is also exempt pursuant to 5 U.SC. § 552(b)(3), which permits withholding of matters specifically exempted from disclosure by statute. The applicable statutory provisions with regard to the existence or nonexistence of the records requested are: 18 U.S.C. §798, which prohibits the release of information concerning classified communications intelligence activities except to those persons authorized to receive such information; 50 U.S.C. § 3024(i) (formerly 50 U.S.C. §403-1(i)(1)), which requires the protection of intelligence sources and methods from unauthorized disclosure; and Section 6 of the National Security Agency Act of 1959, Public Law 86-36 (codified at 50 U.S.C. § 3605, formerly 50 U.S.C. § 402 note), which provides that no law shall be construed to require the disclosure of the organization, personnel, functions, or activities of the National Security Agency.

On appeal you asked that, if possible, this case be processed as a PA request. In your initial FOIA request, you indicated that you had "never set foot inside [an] NSA facility." Since you have never been affiliated with NSA, we would not normally have any records on you that are maintained in any of our personnel management files. Accordingly, your request was processed under the FOIA for intelligence records on you, as stated in the FOIA/PA Office's response, dated 9 April 2013. However, per your request on appeal, a search of our most comprehensive filing systems, containing applicant, personnel, security, medical, and training files, was conducted. As a result of this search, two documents were located and are enclosed. Certain information within the documents, however, has been withheld pursuant to the third exemption of the FOIA, as outlined above. The specific statute applicable in this instance is Section 6 of the National Security Agency Act of 1959, Public Law 86-36 (50 U.S.C. § 3605, formerly 50 U.S.C. § 402 note). This same information is also exempt from disclosure under the PA pursuant to the provisions of Public Law 86-36. We have determined that such information exists in these records, and we have excised it accordingly.

Certain information has also been deleted from the enclosures under the (k)(2) exemption of the PA (5 U.S.C. § 552a(k)(2)), which exempts from disclosure investigatory material compiled for law enforcement purposes. In addition, Exemption 7 of the FOIA (5 U.S.C. § 552(b)(7)(E)) protects from disclosure records or information compiled for law enforcement purposes if it would reveal techniques and procedures for law enforcement investigations or prosecutions. Law enforcement purposes encompass both civil and criminal statutes, as well as those statutes that authorize administrative or regulatory proceedings. Although NSA is not a law enforcement agency, there are some instances in which NSA organizations operate in a law enforcement capacity to which the exemption may apply, e.g., personnel investigations that focus on specific and unlawful activity, counterintelligence investigations, and background investigations. We have determined that such information exists in these records, and it has been withheld pursuant to the seventh exemption of the FOIA. This same information is also exempt pursuant to (b)(3), as stated above.

Because this response is a partial denial of your appeal, you are hereby advised of your right pursuant to 5 U.S.C. § 552(a)(4)(B) to seek judicial review of my decision in the United States District Court in the district in which you reside, in which you have your principal place of business, in which the Agency records are situated (U.S. District Court of Maryland), or in the District of Columbia.

Sincerely,

*Elizabeth R. Brooks*

ELIZABETH R. BROOKS
Chief of Staff
Freedom of Information Act/Privacy Act
Appeal Authority

Encl's:  As stated

Exhibit 16

David Steven Braun
PO Box 161950
155 Aurora Light DR  B10
Big Sky, MT 59716-1950


**NSA**
9800 Savage Rd,
Fort Meade, MD 20755

This is another request for assistance from the NSA.  I have included my stipulation off Identity, and my two letters provided from the FOIA office.   It is now September,  I was at Maryland back in January, when I returned,  I was server what I believe is a memory wipe.  It has been quite helpful.   But it does take time to work.   In previous communications,  It was found that in my old PO Box 161490,  there was a duplicate entry,  I believe I was David Braun,  they added a David S Braun.  This person had a completely different birth date.  I believe this was done in the Baxter Post Office in Bozeman.  My take is that this was an official entry.  If the address is pulled up in any government building, like on a civil suite submitted in Butte Federal Court.  It came up.  I believe that this person may have been declared incompetent.   There were a bunch of sleaze corporations, and places off business in Montana that came up when I did a public record search off my address that I did not recognize.

I closed the box, opened a new Box 161950  with the enclosed form.  My three rivers land line, 406-993-2448, my two Verizon Cell phones  704-942-8477  and my three emails dbraun119@gmail.com, dbraun119@yahoo.com  and David_Braun@msn.com  are also billed to this address.    I believe that some one tampered with the new address, possibly shoving a different drivers licenses in to the computer in the Baxter Post Office.  Bozeman is  very small,  There is a three person FBI office, a bunch of local police.  I am on the boarder of Madison and Gallatin County in Big Sky.   There are 5 guys stationed up here.  The cover bolth Madison and Gallatin.  Bozeman is 50 miles down a canyon RD.  I believe the closest Madison police station is 120 miles away driving distance.   West Yellowstone is about an Hour down away.     Bozeman,  Big Sky, and West Yellowstone.  Are the Gateways to the Park.   Excellent skiing,  world renowned fly fishing.  It is very rule.   There are three major real estate projects.  The Yellowstone club.  Spanish Peaks,  Moonlight Basin.  All three were probably unfeasible,  they totaled probably a billion in bankruptcy.

There is an element around hear that is a problem.  It is getting better, almost gone.   I have been getting allot off action in  plain close.  I believe that the locals, like sniper hit your target, have been given commands to just stay away.  I have been approached bye local people who are employees  and residence, not government employees and had convenient things put in my ear.  Like trying to learn about why I have a couple off Smith and Wesson's.  People walking up to me in crowed asking for my,  seaming to know that I had done trading and investment banking and asking for my email and phone number.  I do not get calls.  I believe they go to the web and start running stipulation off identity searches etc.

Several years ago,   Boyne used to import allot off foreign college kids  to work at the resort.  They are now starting to use Americans.  If this is within the NSA's legal capability,  you might try getting a list off the employees from the IRS for Boyne resorts, Moonlight Basin, Yellowstone club.  Especially the restront's owners, and Bar Tenders.   Ricardo, the Manager off the Carabineer and see who they are talking to.  See who is hiding behind them.


I believe there has also been allot off electronic activity on my Phone.  Including some court orders.  Who ever this is, they like to dispatch state troopers and use local people to collect information.  If they have not already I believe they need to be shut down.  Please feel free to investigate any electronic information on my Cell and Land Lines,  especially 704-942-8477.  I believe that you will find a bunch off problem's. I they already haven't, could you please turn off all non National Security Agency Access to my Cell and

Land line.   The is a Pro Say Civil Suite in Butte Federal 2:13-cv-00054-she-cs0 against Verizon with a lawyer for Verizon introduced in the tray if this is off any assistance,  feel free to contact him.

You might also try a passive look at my mothers communication.  Someone from Bozeman rented the Apartment above her's in Palm Springs.  I guess they were very interested in David.  I was on Oahu.  I dialed 611 and asked the Verizon customer service person to check to see if there was any open feeds like taps, GPS, Google Search, and email's,  my lap top was acquired from my hotel room.  Things seamed to get much  better.  My mother had her boy friend Hall send me an itinerary at about the same time for an extensive trip out off the country.  It was sent to David_Braun@msn.com.   I received a call, he had a sudden stroke,  the trips was canceled.  At about this time the Microsoft story certified   that hackers had gotten 10,000,000 emails.

Upon returning I did try apply for Social Security.   I believe this was denied because the Identity on my phone and email, did not match the number I gave the person at the window.  I hope this is corrected if nothing else, I may try again.

Bye the end off the Week,  my law suit should be properly served 2:13-cv-00036-dwm against the Government.  I process served it to the DOJ.  I waited 60 days and it ran out.  I then asked the post office for the fastest package to DC that is certified.  They sold me express, which  is not certified and this caused me another sixty days.  Hopefully now, this will be corrected.   The DOJ has been served I believe correctly and the cards should be coming back.  I did try to contact the DOJ in Washington.  I know they are awair off this suite,  I'm sure it went highly criminal.  What ever they did to the phone,  I was able to locate the first round off dispatch and given a phone number in the federal programs branch.  I always get voice mail,  my calls are not returned.  I hope this will quickly produce some money,  I am close to starvation.

I have been put in hand cuffs twice and put in front off these hope house sicolegest.   Probably based on a stipulation off identity taken from my Cell rather than drivers licenses.  I have  never been able to get the Sheriff on the phone.  I dropped a process serve card off in Butte Federal Court house against Verizon.  Bye the time I walked out,  I turned my phone there now was a message from the Sheriff that he just had to see me.  I asked if he had a warrant.  He said no.  I was leered back from Butte into the three person fbi office.  Put in Hand cuffs and taken to this Hope House facility on the out skirts off town and put in a room with a David Powell, I think this was his name?  He made me wait an hour in Hand Cuffs.  He took my name and Birth Date  pulled me up in his computer.  His records showed that I had never been a patient, and was forced buy the police to speak with one off his mother fucking councilors once before after they dragged me out off my Condo and took an hour ride down to Bozeman in hand cuffs.    You might want to investigate this facility.  I will never go there.  This Scott person,  the head wanted to discuss protective custody or some bullshit.  If possible, I would investigate him as accessories.  These are definitely sociological tactics being used on me.  This David Pearson had a tape off a conversation obtained from a phone company employee that refused to correct the identity problem or inform me that it is being obtained from the post office rather than what I provided the phone company when I registered it.  This smart mouth person was located 180 miles away in Missoula.  You might want to consider charging three rivers communication, and these hope house employees.  As well as the Under Sheriff and Sherriff.  This has been done intentionally.  They have refused to correct the problem in timely manner.  The have consistently tampered with law clears, low level post office employees etc.  If possible I would like the NSA to ask if these hope house people led the Sherrif to believe that they had some legal write over  me.  It is quite obvious they gained a court order access to my email and cell.   The information has been used improperly.  Criminally, and maliciously.  Enclosed is my Birth Certificate.  I'm not sure what that means.

As a result off all this.  I will probably never speak my mother again.   You might also want to look into DR Jeff Stickler,  Keith Keller a lawyer who think he can get report's on me call me a Madof,  because they site next to me on a chair lift.  I believe some off these people may have introduce them  selves to my boss, and tried to learn about our models that we were  running a billion dollar quant trading book for the second largest hedge fund in the states.  It was quite obvious that Jeff Strickler was my appointed friend, and he introduced me to Kieth Keller, a retired senior partner.  All other people were pushed away, including local women.

I did send a resume to NSA over the web sight.  It was rejected without even a letter or callback.  I believe this was due to the tampering at the post office.  Feel free to retrieve it if you require background information.


David S. Braun

Exhibit 2

Privacy Act Request

Delivered  11/25/2013
To Ft George G Meade, FOIA office

David Steven Braun
155 Aurora Light DR B10
PO Box 161950
Big Sky, MT 59716-1950
406-993-2448

Exhibit 17

PA  Request

NSA  PA office

Included is a bunch off communications.  Please take this as an official request for records response to any investigations that you are aware off as a result.  Included is a copy of my NCIC file obtained the Gallatin County court house.  It has three people associated with this House/Phone numbers.  With the previous FOIA/PA request, I was wondering if you are aware of any Wire Taps, or court orders or any reason from any entity of government.  As we halve previously mentioned, I filed suite as your FOIA suggested.  It has wasted allot off time,  I guess there halve been some criminal things found, but the courts halve refused to reward any kind off financial compensation.  Are you aware off any reason for this.

Does the FOIA office,  or any other entity of the NSA halve any way off granting any kind off Financial assistance or compensation as a result off the negligence bye any branch off Government.  Including FBI and local police.

Could you also request,  has any one tried to introduced them self's as my  attorney or DR.  Or any reason that other than a FOIA office,  any other government agency won't even take a report or conduct any kind off investiation.

There was deposition in State Senator's Howard Testors Bozeman office.  An aid Jenifer Dynamic was present.  I believe that this was around 2009-2010.  It was cataloged as David Braun.  I gave my previous land line, 406-993-9663.   Can you find any records, response to this inquirer.  This was around the time that Libya was bombed for 30 days and I believe on UPN the NSA conducted the Large scale sweep for aberrant signals.   This was the general vain off the discussion.  I believe that I heard something about this on UPN several years later.

Are you aware, or is it in the FOIA offices capabilities to tell me as a result has there been any kind off electronic surveillance, GPS,  wire tap's,  internet or email monitoring bye any branch or entity off the government, or any one else for that matter. I halve been told that there were some kind off court order.  I am unaware off anything,  and now I see these fictitious entries in the NCIC database.  If you ask or write a court,  or  judge, they are very unresponsive.  The attorneys won't settle and for what

ever the reason no money is dispensed, even social security.   Any light you could shed on this, assistance you can give would be appreciated.


David S Braun



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000

> Exhibit 3
>
> Privacy Act Response
> Denial Letter.

Exhibit 18

PA Case:  75899
7 January 2014

**RESTRICTED DELIVERY**

Mr. David S. Braun
155 Aurora Light DR B10
PO BOX 161950
Big Sky, MT  59716-1950

Dear Mr. Braun:

This responds to your 22 November 2013 Privacy Act (PA) request, which was received by this office on 4 December 2013.  We have previously responded to requests from you (cases 70340 and 73565) and explained that your request for information relating to local law enforcement and identity theft issues do not fall within this Agency's intelligence mission or Information Assurance mission.  However, based on conversations you have had with this office, we have interpreted your most recent request to be for any new records created since the time of your prior FOIA requests that may reflect records this Agency maintains on to you and visits to any of this Agency's facilities.  This request has been assigned Case Number 75899 and has been processed under the provisions of the Freedom of Information Act (FOIA) and the PA.

The only documents located reflect your visit to the Utah Data Center. Those documents are enclosed.  There are no fees associated with the processing of your case since your request meets the requirements of the PA for which there are no fees.  Please be assured that all personal records are maintained on a strict need-to-know basis and access is limited to duly authorized personnel.

This Agency is authorized by statute to protect certain information concerning its activities, as well as the names of its employees.  Such information is exempt from disclosure pursuant to the third exemption of the FOIA, which provides for the withholding of information specifically protected from disclosure by statute.  The specific statute applicable in this case is Section 6, Public Law 86-36 (50 U.S. Code 3605, formerly 50 U.S. Code 402 note).  This same information is also exempt from disclosure under the PA pursuant to the provisions of Public Law 86-36.  We have determined that such information exists in these records, and we have excised it accordingly.

PA Case: 75899

Certain information has been deleted from the enclosures under the (k)(2) exemption of the PA which exempts investigatory material compiled for law enforcement purposes. In addition, Exemption 7 of the FOIA protects from disclosure records or information compiled for law enforcement purposes. This includes information that, if released, would reveal law enforcement techniques or procedures. We have determined that such information exists in these records, and it has been withheld under (b)(7)(E). This same information is also exempt pursuant to (b)(3) as stated above.

The Initial Denial Authority for NSA information is the Associate Director for Policy and Records, David J. Sherman. Since the deletions from the enclosed documents, may be construed as a partial denial of your request, you are hereby advised of this Agency's appeal procedures. Any person denied access to information may file an appeal to the NSA/CSS FOIA/PA Appeal Authority. The appeal must be postmarked no later than 60 calendar days after the date of the denial letter. The appeal shall be in writing addressed to the NSA/CSS FOIA/PA Appeal Authority (DJ4), National Security Agency, 9800 Savage Road STE 6248, Fort Meade, MD 20755-6248. The appeal shall reference the initial denial of access and shall contain, in sufficient detail and particularity, the grounds upon which the requester believes release of information is required. The NSA/CSS FOIA/PA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt.

In addition, on behalf of the FBI, an FBI employee name has been deleted from the NSA documents pursuant to (b)(6) and (b)(7)(C) of the FOIA.

As we previously advised you, we will not accept additional requests for information that we have already addressed previously in our responses to you. They will be filed with your prior requests with no further action from this Agency.

Sincerely,

PAMELA N. PHILLIPS
Chief
FOIA/PA Office

Encls:
a/s

Exhibit 19

| Exhibit 4 |
| Appeal Acknoledgement |



**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

Case No:  75899 / Appeal No:  3907
7 February 2014

Mr. David S. Braun
155 Aurora Light DR B10
PO BOX 161950
Big Sky, MT  59716-1950

Dear Mr. Braun:

     This acknowledges receipt of your correspondence, dated 22 January 2014, appealing the National Security Agency's (NSA's) denial of your Freedom of Information Act (FOIA) request of 22 November 2013 for any new records created since the time of your prior FOIA requests (Cases 70340 and 73565) that may reflect records this Agency maintains on you and visits to any of this Agency's facilities.  Your appeal was received by the NSA Office of Associate General Counsel (Litigation) on 3 February 2014 and has been assigned Appeal Number 3907.

     Please be advised that appeals are processed in the order in which they are received, on a first-in, first-out basis.  At this time, there are a large number of appeals ahead of yours in our queue.  We will begin to process your appeal and will respond to you again as soon as we are able.  We appreciate your understanding in this matter.

     Correspondence related to your request should include the case and appeal numbers assigned to your request and be addressed to the National Security Agency, Office of Associate General Counsel (Litigation), FOIA/PA Appeals, 9800 Savage Road, Suite 6278, Fort George G. Meade, MD  20755-6278; or it may be sent via facsimile to 443-479-1111.  If sent by fax, it should be marked for the attention of "FOIA Appeals."  For inquiries regarding the status of your appeal, please contact this office via email at FOIA_Appeal_Status@nsa.gov.

               Sincerely,

               Brian C.
        FOIA/PA Appeals Program Manager
    Office of Associate General Counsel (Litigation)

Exhibit 20

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027
406-404-2027

State of Montana

Cause No.   TK-100-2017-0003982
Montana Highway Patrol   510 A815251E

VS.

David Steven Braun

This is a records request for the Video as well as lapel Mike and audio from two speeding tickets.  One is Gallatin Valley Sheriff Ticket 61395.  The other is Montana state trooper ticket,  510 A815251 E.

I was pulled over three times with a week and a half period.  The first time was within 2-3 hours off halving the District court clerks issue summons on two civil suites I had created.  The last two were a night,  the second time I was issued a ticket buy state 4 miles away from my house.

I did not like the officers questions or tone.  I would like you to produce the radio dispatch broadcast.  Off him running my plates, his lapel mike, and radar gun reading.

I would also if possible like an explanation off why I was pulled over three times, once buy Gallatin valley day shift.  One buy night,  and then once buy state at night.

I also was told buy the Gallatin Valley officer that he saw no problems with the ticket.  I asked him when it would be available at the clerks desk for payment.  Hey said Friday,  Monday at the latest. I spoke to the clerk on Friday,  they had record off the ticket.  I spoke to her on Monday,  they still had no record of it.  I spoke to them on Tuesday they still could not find it.  I showed up on Tuesday afternoon with my copy and in a manila evoke was the deputy copy.   But at no time over the phone could they allegedly find a record off the ticket.  I would like an explanation off this.

David S Braun

10/15/2017

Exhibit 21

1-787 (Rev. 01-23-2015)



U.S. Department of Justice
Federal Bureau of Investigation
*Criminal Justice Information Services Division*
*Clarksburg, WV 26306*

DATE: 10-13-2015

DAVID STEVEN BRAUN
PO BOX 563
GALLATIN GATEWAY, MT 59730

The Criminal Justice Information Services (CJIS) Division of the
Federal Bureau of Investigation has completed the following
fingerprint submission:

**Subject Name**

**DAVID STEVEN BRAUN**

**Search Completed Result**        **10-13-2015**        **E2015286000000118723**

**A SEARCH OF THE FINGERPRINTS PROVIDED BY
THIS INDIVIDUAL HAS REVEALED NO PRIOR
ARREST DATA AT THE FBI.  THIS DOES NOT
PRECLUDE FURTHER CRIMINAL HISTORY AT
THE STATE OR LOCAL LEVEL.**

Social Security number:    XXX-XX-XXXX

The result of the above response is only effective for the date the
submission was originally completed.  For more updated information,
please submit new fingerprints of the subject.

In order to protect Personally Identifiable Information, as of
August 17, 2009, FBI policy has changed to no longer return the
fingerprint cards.  This form will serve as the FBI's official
response.

This Identity History Summary (IdHS) is provided pursuant
to 28 CFR 16.30-16.34 solely for you to conduct a personal review
and/or obtain a change, correction, or updating of your record.
**This IdHS is not provided for the purpose of licensing or
employment or any other purpose enumerated in 28 CFR 20.33.**

Any questions may be addressed to the Customer Service Group at
(304) 625-5590.  You may also visit the Web site at www.fbi.gov for
further instructions.

William G. McKinsey
Section Chief
Biometric Services Section
Criminal Justice Information
  Services Division

**STATE OF MONTANA**
# DEPARTMENT OF JUSTICE
**DIVISION OF CRIMINAL INVESTIGATION**
**CJIN Services**

**Tim Fox**
**Attorney General**



**PO Box 201406, 2225 11ᵗʰ Avenue**
**Helena MT  59620-1406**

January 5, 2017

Mr. Bob Pesta, Customer Services
Montana Motor Vehicle Division
302 North Roberts
Helena, MT  59620

Dear Mr. Pesta,

Thank you for forwarding Mr. Braun's letter.  In response to his concerns, I queried Mr. Braun's
state vehicle registration and drivers' license records through Montana's Criminal Justice
Information Network (CJIN) on December 27, 2016.  CJIN is the computer system Montana law
enforcement officers use to access state and national criminal justice information.

Below are the results of my investigation:

- A valid vehicle registration record
- A valid driver's license record
- No criminal history record
- No wanted person record
- No alias names of David Robert or David William on any state records
- No flagging or alerts of any kind on any state records

If you have any questions or I can be of further assistance, please let me know.

Sincerely,

Jennifer Viets, CJIN Program Manager
Montana Department of Justice
Crime Information Bureau – CJIN Services

**Exhibit 23**

**CONFIDENTIAL**

THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/RR ORI/MTLIC0000 DEST/MT0160100 REQ/JLSCGXXXXX

Montana Vehicle Registration Record as of 20131027
Query on License: 625875A          Results in 1 Match

LICENSE: 625875A                    EXPIRES: 20140531
REGISTRATION STATUS: ACTIVE
License State: MT                   License Year: 2014
License Type: PC/Std County Lg
Registration County: Gallatin       Tab: 625875A051401
Registration Period: 20130501 to 20140430
COLOR: GRAY                         YEAR: 2007
MAKE: INFINITI (INFI)               MODEL: FX3
Style: Sport Utility
Vehicle Type: Rugged Terrain
VIN: JNRAS08W27X210009
Title State: MT                     Title: G846772
Title Status: Approved
NAME: BRAUN,DAVID STEVEN
Street Address: 155 Aurora Lights Dr B10
City: Big Sky                       State: MT   Zip: 59716
Mailing Address: PO Box 161490
City: Big Sky                       State: MT   Zip: 59716-1490

SOURCE: MERLIN
*********************************************************
MRI 8900157 IN: IJISC 4739 AT 27OCT2013 13:49:27 OUT: J06P00 74 AT 27OCT2013
13:49:27


=========================================================

MKE/QV ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX

NO RECORD LIC/625875A

MRI 8900153 IN: NC2S 3773 AT 27OCT2013 13:49:24 OUT: J06P00 73 AT 27OCT2013
13:49:25


=========================================================

MKE/M!QW ORI/MTHOT0000 DEST/J06P00 REQ/JLSCGXXXXX

MT0160100
MONTANA HOT FILE RESPONSE FOR
QUERY LIC/625875A

NO HITS FOUND

MRI 8900152 IN: MTSF 3734 AT 27OCT2013 13:49:24 OUT: J06P00 72 AT 27OCT2013
13:49:24


=========================================================
```

**CONFIDENTIAL**
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

NO MATCH FOR NAME/DOB: BRAUN, DAVID DOB: 1968-09-30

THIS INFORMATION IS NOT INTENDED NOR SHOULD IT BE USED AS SOLE
JUSTIFICATION FOR LAW ENFORCEMENT TO TAKE ANY ACTION.

END OF MESSAGE.
RESPONSE 2013-10-27T13:39:47
MRI 8899878 IN: IJISC 4672 AT 27OCT2013 13:41:58 OUT: J06P00 68 AT 27OCT2013
13:41:58

=============================================================

MKE/IR ORI/NY001015Y DEST/MT0160100 REQ/JLSCGXXXXX

IR.NY001015Y
12:40 10/27/2013 12192
12:40 10/27/2013 02588 MT0160100
*MRI8899855
TXT
  PUR/C.ATN/CHRIS GREGORY.NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/27966585
3
MKE   IR                                   SUSPECT 1 of 2

  SID  NY4133453K              RECORD STATUS  COMPUTER-OK
                                  III STATUS  M

  NAMES    BRAUN, DAVID ROBERT             BRAUN, DAVID J
           BUCKLEY, PAUL                   BRAUN, DAVID M
           BRAVN, DAVID                    BROM, DAVID

  DOB  11/23/59 09/08/64 12/28/67 11/23/68 08/12/60 07/14/64

  SEX   M   RACE   W   HEIGHT   507

  ADDRESS   155 W 83 ST   NT      NY

  FBI   567143R1   SS NO   066404078

  HIT MADE ON NAM AND OTHER INPUT
MKE   IR                                   SUSPECT 2
of 2


  SID  NY7827794R              RECORD STATUS  COMPUTER-OK
                                  III STATUS  S

  NAMES   BRAUN, DAVID WILLIAM

  DOB  09/09/71

  SEX   M   RACE   W   HEIGHT   510

  ADDRESS   505 DUANE DR   NORTH TONAWANDA      NY

  FBI   742337WA7   SS NO   060664615

  HIT MADE ON NAM AND OTHER INPUT
MRI 8899897 IN: NLI1 2879 AT 27OCT2013 13:42:56 OUT: J06P00 70 AT 27OCT2013
13:42:56

=============================================================

```
MRI 8899869 IN: NLI1 2876 AT 27OCT2013 13:41:47 OUT: J06P00 64 AT 27OCT2013
13:41:47
```

==============================================================

```
MKE/IR ORI/MT025025Y DEST/MT0160100 REQ/JLSCGXXXXX
```

MONTANA CRIMINAL HISTORY RECORD RESPONSE AS OF 2013-10-27
Requestor: CHRIS GREGORY                    Purpose Code: C

**CONFIDENTIAL**
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

Reason: PROSECUTION STOP SIGN VIOLATION
Query On:   Name: BRAUN, DAVID S
            Date of Birth: 1968-09-30
            Social Security Number: 279665853

THE INFORMATION CONTAINED IN THIS RECORD IS CONFIDENTIAL AND
FURNISHED FOR OFFICIAL USE ONLY PURSUANT TO MCA 44-5-302.

****NO MONTANA RECORDS FOUND.****
==============================================================
                    ******RECORD PROVIDED BY******

MONTANA DEPARTMENT OF JUSTICE
CRIMINAL RECORDS AND IDENTIFICATION SERVICES
PO BOX 201403, HELENA MT 59620-1403
406-444-3625     8 AM - 5 PM

                        END OF RECORD
-----------------------------------------------------------------
```
MRI 8899871 IN: IJISC 4668 AT 27OCT2013 13:41:48 OUT: J06P00 65 AT 27OCT2013
13:41:48
```

==============================================================

```
MKE/SOR ORI/MT025025Y DEST/MT0160100 REQ/JLSCGXXXXX
```

MONTANA SEXUAL OR VIOLENT OFFENDER REGISTRY RESPONSE AS OF 2013-10-27
Requestor: CHRIS GREGORY                    Purpose Code: C

Query On:   Name: BRAUN, DAVID S
            Date of Birth: 1968-09-30

****NO MONTANA RECORDS FOUND.****
==============================================================
                    ******RECORD PROVIDED BY******

MONTANA DEPARTMENT OF JUSTICE
SEXUAL OR VIOLENT OFFENDER REGISTRY
PO BOX 201417, HELENA MT 59620-1417
406-444-2497     8 AM - 5 PM

                        END OF RECORD
-----------------------------------------------------------------
```
MRI 8899873 IN: IJISC 4670 AT 27OCT2013 13:41:49 OUT: J06P00 67 AT 27OCT2013
13:41:49
```

==============================================================

```
MKE/PAR ORI/MT025015G DEST/MT0160100 REQ/JLSCGXXXXX
```

ATN/CHRIS GREGORY.
        THE FOLLOWING IS THE MONTANA DEPARTMENT OF
        CORRECTIONS RESPONSE TO A QUERY USING THE
                        FOLLOWING:
NAME: BRAUN, DAVID S
DOB: 1968-09-30
SEX: M

DETAILS RETURNED FROM THE MONTANA DEPARTMENT OF CORRECTIONS.
AN INDIVIDUAL'S STATUS IS SUBJECT TO TEMPORARY CHANGE.
INFORMATION PROVIDED SHOULD BE VERIFIED BY CALLING THE CONTACT NUMBER GIVEN
IN THE SUPERVISION SECTION.
```

**CONFIDENTIAL**
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/QWA ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX
NO NCIC WANT SOC/279665853
NO NCIC WANT NAM/BRAUN,DAVID S DOB/19680930 RAC/W SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MRI 8899865 IN: NC2S 3716 AT 27OCT2013 13:41:45 OUT: J06P00 60 AT 27OCT2013
13:41:45


===============================================================

MKE/M!QW ORI/MTHOT0000 DEST/J06P00 REQ/JLSCGXXXXX
MT0160100
MONTANA HOT FILE RESPONSE FOR
QUERY NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853

NO HITS FOUND

MRI 8899864 IN: MTSF 3679 AT 27OCT2013 13:41:45 OUT: J06P00 59 AT 27OCT2013
13:41:45


===============================================================

MKE/QH ORI/MT0160100 DEST/MT0160100 REQ/JLSCGXXXXX
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853.
PUR/C.
END
MRI 8899867 IN: NC21 409 AT 27OCT2013 13:41:45 OUT: J06P00 62 AT 27OCT2013
13:41:45


===============================================================

MKE/QPO ORI/MT0160100 DEST/MT0160100 REQ/MRI8899861
NO NCIC PROTECTION ORDER FILE RECORD NAM/BRAUN,DAVID S DOB/19680930
MRI 8899866 IN: NC2S 3717 AT 27OCT2013 13:41:45 OUT: J06P00 61 AT 27OCT2013
13:41:45


===============================================================

MKE/IR ORI/OHSIR0000 DEST/MT0160100 REQ/JLSCGXXXXX
IR.OHSIR0000
12:39 10/27/2013 07302
12:39 10/27/2013 02585 MT0160100
*MRI8899855
TXT
ATN/CHRIS GREGORY.

IQ.MT0160100

12:39 10/27/2013 02025

12:39 10/27/2013 07449 OH

*MRI8899855

TXT

PUR/C.ATN/CHRIS GREGORY.NAM/BRAUN,DAVID S.DOB/19680930.SEX/M.RAC/W.SOC/279665853

$$ NO CANDIDATES FOUND
NOTHING TO FOLLOW
END OF RECORD
```

4

```
MT    N    N   9MT120001053        20120316  20120510   MONTANA
                CONV/ FAIL TO APPEAR FOR TRIAL OR COURT - TRAFFIC VIO D45
                COURT/ JPC - GALLATIN COUNTY DEPT.1

ID    N    N   000156001            20090131  20090205
                CONV/ SPEEDING DTAIL
```

DRIVER IMPROVEMENT ACTIONS:

| STATE | DI ACTION DESCRIPTION | DI BEG DT | DI END DT | RESTORE DT |
|-------|----------------------|-----------|-----------|------------|
| MT | FAIL TO APPEAR | 20120510 | 20120604 | 20120604 |

ACCIDENTS:

***** NO ACCIDENT HISTORY ON FILE *****

MRI 8899863 IN: MVDD 168 AT 27OCT2013 13:41:45 OUT: J06P00 58 AT 27OCT2013
13:41:45

================================================================

**CONFIDENTIAL**
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/KR ORI/OHBMV0000 DEST/MT0160100 REQ/JLSCGXXXXX

OHIO DEPARTMENT OF MOTOR VEHICLES RECORD
QUERY ON
KR.OHBMV0000
12:43 10/27/2013 07364
12:43 10/27/2013 02602 MT0160100
*MRI8899962
TXT
KR.MT0160100.
DAVID S BRAUN                            DOB: 09/30/1968  AGE: 45
219 E 81ST ST APT LJ                     SSN: 279 66 5853
NEW YORK, NY 10028                       KEY: 011352235

** PHYSICAL DESCRIPTION **         ** ANATOMICAL DONOR: NOT LISTED   **
SEX: M  HGT: 5' 04"  WGT: 190  HAIR: BROWN      EYES: BLUE

** DRIVER LICENSE INFORMATION **
DLN: RS951057 CLASS: D   ISS: 09/01/2001  EXP:   / /
         STATUS: EXPIRED
RESTRICTIONS: CORRECTIVE LENSES


MRI 8899965 IN: NLI1 2893 AT 27OCT2013 13:45:16 OUT: J06P00 71 AT 27OCT2013
13:45:16


================================================================
```

**CONFIDENTIAL**
THIS INFORMATION IS FOR LAW
ENFORCEMENT PURPOSES
ONLY. ANY UNAUTHORIZED
USE IS STRICTLY PROHIBITED.

```
MKE/DR ORI/OHBMV0000 DEST/MT0160100 REQ/JLSCGXXXXX

OHIO DEPARTMENT OF MOTOR VEHICLES RECORD
QUERY ON
DR.OHBMV0000
12:37 10/27/2013 07291
12:37 10/27/2013 02579 MT0160100
*MRI8899775
TXT
DR.MT0160100.
BRAUN, DAVID S
219 E 81ST ST APT LJ           ,NEW YORK          ,NY,10028
SEX/M.DOB/093068.HGT/504.WGT/190.HAI/BRO.EYE/BLU
SOC/279665853.OLN/RS951057.OLT/OPERATOR
RSTR: CORRECTIVE LENSES
STATUS: EXPIRED


MRI 8899779 IN: NLI1 2870 AT 27OCT2013 13:39:53 OUT: J06P00 57 AT 27OCT2013
13:39:54


=================================================================

MKE/KR ORI/MTOLN0000 DEST/MT0160100 REQ/JLSCGXXXXX
:20131027                   STATE OF MONTANA
        DEPARTMENT OF JUSTICE, MOTOR VEHICLE DIVISION
        302 ROBERTS, HELENA, MT.. 59620 (406)444-3288

**** THE FOLLOWING RECORD IS FURNISHED FOR LAW ENFORCEMENT USE ONLY ****

ATTN: CHRIS GREGORY

NAM/BRAUN,DAVID,STEVEN                LEGAL   NAME
SEX/M  DOB/19680930   HGT/504   WGT/190   EYE/BLU
155 AURORA LIGHTS RD NMB 10    BIG SKY              MT 59716

OLN/0906719684130 OLT/DRIVER        OLS/MT   MC ENDORSE/NONE
STATUS/VALID                        EXP/20190930
ISS DT/20130913 1ST LIC YR/2012 PHOTO DT/20120327

RESTRICTIONS:
.   CORRECTIVE LENS
PREVIOUS OUT OF STATE LICENSE INFORMATION:
OLN/1403519303              OLS/NV EXP/20120930   SURRENDER DT/20120327

ADDITIONAL LICENSE INFORMATION:
PREVIOUS OLN/0903219684130


CONVICTION INFORMATION:

STATE CMV HAZ SUMMONS NBR          ISS DT
  MT   U   U  CO6A47369            20130613  20130622    UNKNOWN
              CONV/ STOP-SIGN VIOLATION
              COURT/ JPC - GALLATIN COUNTY DEPT.1

   UT   N   N  C118232727          20120921  20121214
              CONV/ SPEEDING DTAIL

   UT   N   N  C115051930          20120915  20120924
              CONV/ SPEEDING DTAIL

   UT   N   N  C118288448          20120912  20120917
              CONV/ WASTING FUEL

   MT   N   N  119A68612005        20120809  20120831    W YELLOWSTONE PD
              CONV/ SPEED:EXCEED RESTRICTED SPD LIMIT ESTABLISHED LOCALLY
              COURT/ CIT - WEST YELLOWSTONE

   MT   U   U  510A341999 E        20120613  20120620    HIGHWAY PATROL
              CONV/ SPEED: EXCEED RESTRICTED SPD LIMIT ESTABLISHED BY DEPT
              COURT/ JPC - GALLATIN COUNTY DEPT.1

   ID   N   N  0000153-01          20120606  20120607
              CONV/ SPEEDING DTAIL
```

4

| Calls For Service Report | Call ID: *1310120055* | | | Printed: October 23, 2013 |
|---|---|---|---|---|
| **1. Agency**<br><br>GCSO | **2. Person Received Complaint**<br><br>Gibson, Seth Lee | **3. Date/Time Received**<br>10/12/2013...   13:40<br>**4. Time Dispatched**<br>13:40 | **5. Time Arrived**<br>13:40<br>**6. Time Complete**<br>13:55 | **7. Case #**<br><br>- |
| **8. Nature Of Incident** | Traffic Stop | | | |
| **9. Location Of Incident** | 2500 LONE MOUNTAIN TRL, GALLATIN_COUNTY   MT | | | |
| **10. Victim or Caller** | | | | |

| **11. Classification**<br><br>TRAFFIC | **12. How Received**<br><br>'OFFICER' I/CAD... | **13. Disposition**<br><br>CITATION ISSUED | **14. Officer**<br><br>Gibson, Seth Lee | **15. Date Submitted**<br><br>10/12/2013... |
|---|---|---|---|---|

**Notes:** Field Event
** PER search completed at 10/12/13 13:42:03
BUSY CITE

Deputy observed a grey colored suv make a right hand turn from Little Coyote Road onto Lone Mountain Trail without stopping for the posted stop sign. When they deputy caught up to the vehicle he realized that the vehicle belonged to David Braun. The deputy initiated a traffic stop and notified dispatch that he would be stopping at mile marker 2.5 on Lone Mountain Trail with Montana plate 625875A. The deputy also notified dispatch that it was David Braun's vehicle. The deputy contacted Mr. Braun, informed him that he stopped him for not stopping at the stop sign on Little Coyote Road and asked Mr. Braun for his driver's license and registration. The deputy ran Mr. Braun's driver's license through dispatch and wrote a citation for failing to come to a complete stop at a posted stop sign. The deputy explained the citation to Mr. Braun and answered a couple of questions that Mr. Braun had pertaining to a seperate issue. Mr. Braun was then advised to make sure and stop completely at stop signs and was told he was free to go.

4



Montana Department of Justice

# MVD
## Motor Vehicle Division
Safety ● Efficiency ● Dependability

**Steve Bullock**
**Attorney General**

**Brenda Nordlund**
**Administrator**
303 North Roberts Street
PO Box 201430
Helena, MT 59620-1430

June 6, 2012

DAVID STEVEN BRAUN
PO BOX 161490
BIG SKY MT 59716

Dear Mr. BRAUN:

DOB: 09/30/1968

On June 6, 2012 this department has received notification from Judge WEST from GALLATIN COUNTY JUST court that you have complied with the requirements of Section 61-5-214, Montana Codes Annotated for non-payment or non-appearance.

Therefore, your driving privileges are no longer suspended.

By Authority of:
Greg Noose, Chief
Records and Driver Control Bureau

Clerk _____

ENC: 2019 MT DL ENCLOSED



... HEREBY TESTIFIES THAT ON THE
DATE BELOW, HE OR SHE, AS AN OFFICER OR
EMPLOYEE OF THE MOTOR VEHICLE DIVISION, DEPOSITED
IN THE UNITED STATES MAIL, AT HELENA MONTANA, A
COPY OF THE PAPER TO WHICH THIS IS AFFIXED, IN AN
ENVELOPE WITH THE POSTAGE PREPAID, ADDRESSED
TO THE PERSON NAMED IN THE PAPER AT HIS OR HER
LAST ADDRESS AS SHOWN BY THE RECORDS OF THIS
DEPARTMENT. 6-6-12 CCE
_____
... OR EMPLOYEE OF DEPARTMENT

TELEPHONE: (406) 444-3292 ● FAX (406) 444-1631 ● www.doj.mt.gov



Montana Department of Justice

**MVD**

MOTOR VEHICLE DIVISION
*Safety • Efficiency • Dependability*

Received

NOV 0 1 2013

County Attorney

**Steve Bullock**
**Attorney General**

Brenda Nordlund
Administrator
303 North Roberts Street
PO Box 201430
Helena, MT 59620-1430

May 29, 2012

DAVID STEVEN BRAUN
PO BOX 161490
BIG SKY MT  59716

Order Of Suspension

LIC #: 0906719684130
DOB:  09/30/1968
EFF DT:05/29/2012

Dear Mr. Braun

You are notified that pursuant to MCA 61-5-214, your driver's license and/or driving privilege is suspended indefinitely, effective on the date shown above. This suspension is based upon notification that you failed to appear or pay fines, cost, and/or restitution as required by law from a court in Gallatin County Dept.1.

If you wish to obtain further information regarding this suspension or the requirements for restoration of your driver's license and/or driving privilege you must CONTACT THE COURT DIRECTLY at 615 south 16th Avenue Rm 168, bozeman MT 59715 (406-582-2191).

You are not authorized to operate a motor vehicle while your license is suspended. All Montana driver licenses or permits in your possession must be immediately submitted to the department. Montana law does not allow the department to issue any restricted or probationary license during this suspension (61-5-215 MCA).

In accordance with law, your driver's license and/or driving privilege may be restored when the department is notified by the court that you have complied with requirements and your driving record indicates you are otherwise qualified to be licensed.

Once you have satisfied the requirements of the court, you must pay a $100 non-refundable reinstatement fee directly to the department as required by MCA 61-5-218(1). the $100 fee should be paid by check or money order, made payable to the "Motor Vehicle Division", with your driver's license number clearly included on the check or money order, and must be mailed to this address; Motor Vehicle Division, PO Box 201430, Helena MT 59620-1430.

By Authority of; Greg Noose, Chief
                 Records and Driver Control Bureau

By Clerk: _nsm_

THE UNDERSIGNED HEREBY TESTIFIES THAT ON THE DATE BELOW HE OR SHE, AS AN OFFICER OR EMPLOYEE OF THE MOTOR VEHICLE DIVISION, DEPOSITED IN THE UNITES STATES MAIL, AT HELENA, MONTANA, A COPY OF THE PAPER TO WHICH THIS IS AFFIXED, IN AN ENVELOPE WITH THE POSTAGE PREPAID, ADDRESSED TO THE PERSON NAMED IN THE PAPER AT HIS OR HER LAST ADDRESS AS SHOWN BY THE RECORDS OF THIS DEPARTMENT  5-29-12  nsm

DATE _____  OFFICER OR EMPLOYEE OF DEPARTMENT

406-582-3082

David Steven Braun
PO Box 161950
Big Sky, MT 59716-1950
406-993-2448

Bozeman DMV,

I had some record corruption, identity theft issues.   At the suggestion off local police,  I closed my PO Box 161490 and re-opened 161950.  I re-did my license. Could you retitle my car. Attached is a photo off my current license and registration.   Any buttons you could click and see if there are any where else you think I would need to change this,  please let me know.

Please feel free to call me.    Please put the new title in the mail to the PO Box. Thanks.

406-993-2448



## Montana Vehicle Registration

Valid Through Date 05/31/2014      Renewal Cust Nbr 63884

| County | Gallatin | Issue Date | 05/14/2013 | Tab Nbr | 625875A051401 | Park Fee Paid |
| Usage | Regular | User | pj0609 | Plate Nbr | 625875A | |
| Reg Usage | Regular | Fleet Nbr | | Plate Type | Std County Lg  (PC) | |
| Reg Type | | OTN | 004458160 | | | |

Owners / Lessors
**David Steven Braun**
**155 Aurora Lights Dr B10**
**Big Sky, MT 59716**

| VIN | JNRAS08W27X210009 | Year | 2007 | Make | Infiniti | Model | FX3 |
| Veh Type | Rugged Terrain (LL) | Style | LL | Color | Gray | Ext Model | |
| Weight | 4314 | Ton Code | | | | Veh Nbr | 2181110 |
| Decl GVW | 0 | GVW Class | | GVW Beg | | GVW End | |

David Steven Braun
PO Box 161490
Big Sky, MT  597161490



By Registering this vehicle the applicant acknowledges having knowledge of the FMCSR and FHMR, if applicable.





INSTRUCTIONS:
1) Remove decal by bending paper along dotted line.
2) Lift edge of decal and slowly peel.

PEEL HERE

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky, MT 59716-1950
406-404-2027

US Post Office Inspector General
HotLine
1735 N Lynn Street
Arlington, VA 22209

I would like the post office inspector general to take this as an official request to investigate, correct and charge criminally any one including post office employees that participate in and allowed this to transpire.   Please feel free to consider any included documentation as an attempt to report a crime to the Post Office inspector general.

Your employees allowed two additional tenants to be added  without my knowledge consent or even being made aware that this was done.   Included is an NCIC plate run from the local court house.   Also included is a radio broadcast from squad care when I was pulled over for a no stop sigh ticket.   On the radio broadcast there is an alerts that there is a mentally incompetent on premises and anti law enforcement.   When my electronics,  my land line, cells and VOIP are also billed to a box with this entry  I am denied access to lawyers,   federal and even senior state law enforcement bye phone at even the County Sheriff level.   Call are not transferred,  all I get is voice mail.   I also impedes making appointment with DR's etc.

I was instructed over a year and a half close the box and re-open a new one with just my self as a tenant.   This corrected my electronic problems,  and when every was re-registered all this mentally incompetency and anti law enforcement alerts went away.

I now halve three PO Box's,

161950  Big Sky Montana
611 Belgrade Montana
81 Gateway post office

I insist that you Make sure the three boxes are registered as on the provided form.  I also insist that you contact you it Department and review any and all changes to the registration off the boxes,  and from the computer records I would like the actually person who's account id was used to make the change charged criminally and terminated from their employment.   This mental incompetence ruling has been used bye several  local doctors and in  two Montana medical review board hearings to justify there behavior.    The Montana medical review board has not furnished either transcripts to me or even a court.    In addition these entireties facilitated granting a wire tap or some kind off court ordered servailinace on my cells and emails.   It also may halve been used to try to generate a false subpoena of civil suite against one off my employers.

It has been over a year and a halve since this was discovered.     I halve still had repeated problems.    The post master in gallatin gateway refused even after I showed up in

person to print my we bats entry.   I think she is a perfuse liar.   If you go to the web,   I believe the box comes back as empty as does the Belgrade box.   My name does come up.   I insist you investigate this,   and charge any employee that did this.   They done this repeatedly without my consent.   Without contacting me.

I insist that you correct this and charge the appropriate people,  or you, your self will become criminally negligent and an accessory to this.

I would also like you to take special note off my included correct resume,  and what the little federal and state employees did bye tampering with the local data bases.   This is what your employees participated in.

Thank You

David S Braun

7/11/2014

Exhibit 25

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky, MT 59716-1950
406-404-2027

US Post Office Inspector General
HotLine
1735 N Lynn Street
Arlington, VA 22209

Sir

This is in follow up to my previous letter that was received buy your department 7/14/2014.  I would like to continue and take this as an addition to my previous complaint. Your local employees halve consistently allowed tampering in the local webats computer system.   They halve done this is in such a way that it actively impedes the hiring process,  as well as the ability to  be introduced to a lawyer that would understand Federal Civil Procedure, the process off obtaining and litigating results from a federal law enforcement investigation such as this.

If you take my phone number and email and put it into say the UTAH state lawyer referral web sight,  and askl them for  list off firms that might halve attornies that halve done this before.   You know even the Basic such as process serving,  choice of Venues,  case preparation etc,  I am simply not responded to.    This is due to your local people either removing the Web Bats entry or actually substituting a different government ID on file in the computer system.

Now many years ago,  my father a fairly high level executive found himself unemployed. He called all his previous contacts and was unable to gain employment.   These are very large corporations 100,000 200,000 thousand people.  He had very good skills,  there is no reason he should halve not been able to find another Job.    He put a gun to his head,   two weaks before I graduated college  for the insurance money in an attempt to prevent foreclosure on our house.

Now,  many years later,   I halve come into similar situation.   I do not halve a wife or child and my living expense are much lower.    I now find that there are places off business, shell corporation etc coming out off Government database when my legal mailing address is put into computer systems in the federal and state court houses as well as the internet.    There were three people as residence that came back from an NCIC plait run.   Two off which never existed.

After filling out the initial form at the post office window,   I halve never been questioned or contacted that there has been a problem or that someone inside the post office has made a change.  You just pick up the phone,  calls do not go through,  if you send out resumes or call the police calls are not responded to.    This is exactly your employees internet.  I halve written the postal inspector in sattle.   They did not correct the probem.  I spoke with a Postal Inspecto, Key Pickens in DC,  She also did not correct the problem.    The postal inspectors hotline also has not corrected the problem.    You halve not provided records.   Your local people  halve

consitentenly not investigated this for over  a year.    If you would say halve a dead local employee or police officer,  I'm sure I would charged and stood in front off the local paper,  but apparently because you people are federal employees,   they can allow this.   Not go jail, or not even be charged.

Your Jackass Belgrade Post Master think's he can allow this and simply hand up the phone and process other customers.   I insist that you charge these people to fullest extent off the law.

I question how many other members off the public, your staff has allowed this to be done to.   Your IT department has not corrected the computer program to notify the owner off the address that there has been a change made.   They halve not added a password to the account, they halve not change the procedure in any way.

I will write the FOIA office.   Any I would like to remind you that the DOJ is just as adept in housing Women in Prison as well as Men.   Is this write the FOIA office a convenient way not to charge or simple  not even correct or cover up the evolvement off your shit hole little employees.

Jean,   the postmaster off the contract Big Sky post office, when requested to sell me the fastest certified letter to DC sold me express mail, which is not certified.   I specifically stated that it needed to be certified in a legal sense.   One off her smart mouth employees,  a sort off slightly heavier girl,   sat down in a local bar/restraint a while ago a told me how she was going to put to work for her lifting boxes as her bitch employee for ten dollars an hour.   Now I find out that there is tampering the local post office computer system.   I'm sure they new all about it.    I would like your people terminated and made to sell there houses.    The postmaster's in the three actual federal post office's.   Baxter in Bozeman.   Gallatin Gateway and Billings need to be instantly replaced and charged with serious crimes.

How many other people halve you done this too.    I will write the FOIA office.

I halve sent this registered Mail.   I insist you correct this problem and charge the people who participated in it.   Please review the enclosed document.


Thank You


David S Braun


7/21/2014

Exhibit 26

David Steven Braun
PO Box 161950
155 Aurora Light Dr B10
Big Sky MT 59716-1950
406-404-2027

US Post Office Inspector General
Hotline
1735 N Lynn Street
Arlington VA 22209-2013

Postal inspector General,  if you check your records,   I halve used your federal law enforcement investigators before,  and on August 8 2014,   your FOIA office denied to release the results off the investigation buy issuing FOIA 2014-IGFP-00405.   The two initial request focused on adding  fictitious   residence to my legal mailing address to among other things gain an illegal wire tap.    This did get served in federal court,  and I got dismissed on a 12(b)(1)(6) motion because I had to do this self represented.    There halve been several more correspondence with your investigators,  but I would like you to look into another incorrect database entry.   At about the time this law suite was on the Docket,   I noticed the job for Police Chief off Bozeman and Belgrade recently became vacant.    The webats terminal for the 59716 zip code is located within the Bozeman city Limits.

I understand that there is a database off the current occupants off my mail address, and that this has been tampered with maliciously  buy people  potential at the Deputy Director  or Director Level.  People in these positions would know how to do this.  In addition to the changing off the Government ID on file,  I halve know noticed another property off my Legal mailing address.  I will get response for official record request  from say your FOIA office,  and correspondence from any open Criminal or Civil court cases,   but other than that any letters to say even official office such as a Judge,  the general counsels office of say a major corporation etc, are simply not responded to.   Now in the united states,  the  edict  off the civil process is to settle unless you really don't believe there is any kind off negligence.   This entry has prevented any kind off out off court settlement from any major corporation with large cap stock floats.  They do not respond to any letters, weather or not they request a civil settlement or just an introduction as a knew customer.  It has also prevented any kind off administrative settlement from even government attorneys for clear torts.   I believe they halve marked this address as say a Jail or an active penitentiary, which may cause lawyers to not be able to legally do anything or even respond in  any way.    Please review all database entries in all postal database for any irregularities and correct them.    I will send a copy of this letter to the hotline address registered or certified mail in the next couple off days.     You halve my Montana Driver's license on file.  This has not changed.

Another request on a previous issue of changing the ID on file in the postal computer.  Since the first FOIA was issued,  I halve had repeated problem about creating cases in federal court buy mail.  They halve generated  dispatches for arrests for  among other thing as if I had lied about my name on the plaintiff off the law suite.  Also,  record request for in car radio traffic

halve shown an alert off the occupant off the vehicle to be armed and dangerous.  I know off no incident  that would halve generated this alert on my Montana Drivers license.   In the past, these alerts halve been traced back to the fictitious  tenants previous criminal problems.   My license plaits are registered to my mailing address.   When I am the only tenant,  in the past the alerts halve gone away.  Their has been a deliberate attempt to generate traffic stops and maybe small warrants that would technically make a cop be able to arrest and take me to jail on the spot.   I would like you to review the computer log entries,  the login ID's used to change the ID's on file for further criminal activity .   In the state off Montana,  you halve ten days to update the mailing address on file with the DMV.   When my Drivers license is removed from your WebBats system,  the tickets don't go in to the computer, and as a result are not know for weeks to Justice court.   This has caused further problems,  and generated receipts for unapplied funds when I tried to pay the tickets.   I request you r look into this for additional criminal charges.

Third.   You advertise generally 2-3 day delivery on you priority mail product.   Until I started mailing my packages at an honest federal post office in a poorer more rule aria off Gallatin county,  I got very poor delivery times.   For example,  this certified letter 9402 8118 9956 2405 1565 15 sent priority mail took almost 15 days to get delivered to Homeland security in DC.   Their has also been a consistent  pattern off  lost and stolen mail that would affect legal proceedings.  Such ass missing green cards that are required to show proof off service in lawsuits in federal court.   Please review this for malicious and criminal miss conduct as well. I would happy to provide you with specific tracking numbers or more instances.   I understand enough about the post office operations in that I believe this is all being done buy the people behind the window in my contract rule Big Sky Post office.   Please review this for criminal charges.

David S Braun

5/12/2015



OFFICE OF THE INSPECTOR GENERAL

UNITED STATES POSTAL SERVICE

August 6, 2015

Mr. David Braun
P.O. Box 27
Gallatin, MT 59730-0027

RE: FOIA No. 2015-IGFP-00360
    FOIA Appeal No. 2015-IGFP-00019

Dear Mr. Braun:

This responds to your appeal of FOIA Case No. 2015-IGFP-00287 dated June 3. On June 6, your appeal was upheld and the case was remanded for further processing.

Using the additional information provided in your appeal letter, we conducted a new search of the electronic databases maintained by the Hotline and Office of Investigations. We located five additional files, consisting of 182 pages, not previously released to you.

I have determined 97 pages are appropriate for release without excision; copies are enclosed. Also enclosed are 72 pages appropriate for release with excisions made under FOIA Exemptions 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute an unwarranted invasion of the personal privacy of a third party; and 5 U.S.C. § 552(b)(7)(C), which permits the withholding of records or information compiled for law enforcement purposes, the release of which could constitute an unwarranted invasion of the personal privacy of third parties. I am withholding in full 4 pages under FOIA Exemption (7)(C).

In addition we located 6 pages which originated with the U.S. Postal Service and 3 pages which originated with the U.S. Postal Inspection Service. As such, these pages are inappropriate for release by this office. To obtain copies of these records, please direct a copy of your request to their respective FOIA offices. They can be contacted at:

    Postal Service Records Office
    475 L'Enfant Plaza SW, Room 9431
    Washington, DC  20260-4541

    Inspection Service FOIA/PA Unit
    475 L'Enfant Plaza, SW, Room 3521
    Washington, DC  20260

1735 N LYNN STREET
(703) 248-2100  FAX: (703) 248-4626
ARLINGTON, VA  22209-2020

Congress excluded certain records from the requirements of the FOIA. Our agency's response addresses those records that are subject to the requirements of the FOIA.

If you are not satisfied with my action on your FOIA request, you may administratively appeal this partial denial. To do so, write to the attention of Gladis Griffith, Deputy General Counsel, 1735 N. Lynn Street, Arlington, VA 22209-2020, within 30 days of the date of this letter. We accept written appeals via U.S. Mail; e-mail to FOIA@uspsoig.gov; or fax to 703-248-4626. Include the initial request number (e.g., 20XX-IGXX-00XXX) and the date of this letter. Explain what specific action the FOIA Office took that you are appealing. Mark all correspondence "Freedom of Information Act Appeal."

Sincerely,

Brenda F. Wade
Government Information Analyst

Enclosure

**David Braun**
**PO Box 161490**
**Big Sky MT, 59716**
**646-584-1417**
David_Braun@msn.com

## BACKGROUND & SUMMARY

Since 1990, I have been employed in the computer industry in a broad range of capacities. The last ten off witch have been focused on finance.   These twenty years of full time experience have provided the learning opportunities that allowed me to become knowledgeable in the following areas of finance and computer science.

- Understanding of Statistical Arbitrate and algorithmic trading including Direct low latency quotes, exchange connectivity  (ECN's and Dark Pools), simulations and evaluation off  trading ideas.  Series 7 licensed.

- Unix/Linux on Sun including Solaris and E15K, HP, Dec, IBM, HP  platforms and Intel based platforms . All system calls, including Sockets, Shared Memory, Threads, C, Bourn, Kourn , Bash Shells and utilities.

- Understanding of Value at Risk, Stress Testing, Options pricing  including Black-Scholes and  Binomial Trees ,  The Greeks and sensitivity analysis, Fixed Income, Futures, Equity  Pricing, and hedging.

- C, C++,  Sql, Perl, Visual C++,  C#, Lisp, Basic, and assembly languages.

- R, Matlab Statistical packages.

- Market Data including TAQ and Level 2 Book Data.

- Ms-Dos,  Window 3.1, 95, 98, & XP
- Oracle:  Developer 2000, Pro-C, PL/Sql.
- Sybase, Informix, Dbase, Db-Vista, Velocis databases.

- X-Windows (Xlib, Xt Intrinsics, XIE).
- Motif, Xvt, Athena, LUI, O-I, and Microsoft foundation Classes Widget sets.

- 3d Graphics including polygonal and voxel based rendering algorithms.  Use of Dore and Avs visualization software.

- Real Time system design and implementation.

- A comprehensive understanding of vector and parallel programming.

- MQ middle ware

## PROFESSIONAL EXPERIENCE:

**Aug 2008 to April 2011:**
**Trader/Senior system Engineer**
**Shandel Management**

Shandel Management is a management company currently funded by Millennium Partners. We have a medium frequency statistical arbitrage strategy that has been as big as 1 billion. We are a market neutral strategy with virtually no correlation to the overall equity market while still holding up to a billion in US equities. We are totally automated, with direct low latency Moma/Wombat quotes, exchange connectivity to all ECN's and two dark pools. We have traded as much as 13 million shares in a single day. I am responsible for all technical aspect of this system other than the models, including quotes, exchange connectivity, Pnl including all costs and rebates, enhancements/ports off the code and daily trouble shooting of production problems. The system is C++ based running several 8 processor Linux systems. Also have been a involved in doing a industry survey with an eye towards replacing our current infrastructure with another vendor. I am familiar with most off the managed hosting/colo vendors in terms off what products are offered and the price points in the market.

In addition to supporting the existing system, I am encourage to develop new trading strategies. One such strategy is currently just entering production. It is a market neutral strategy with a sharp of 2.6 on recent market data. I was responsible for all aspect of the development of the strategy including running the simulations, the original statistical work to pioneer the concept, and even manually trading some off the signals. The work was done in C++, R, Perl, and Excel. As we have direct exchange connectivity, I carry a series seven and am completely comfortable manually trading to support the book. I have worked 20-30 million emini orders as a hedge to maintain a market neutral stance many times.

**Jun 2000 to April 2007**
**Vice President:**
**JPMorgan Chase Market Risk Technology**

After a year and half as a Senior Consultant I became a full time Vice president for the investment bank. While with the bank I, worked on many projects including the re-implementation of the bank's value at risk computation server. The re-implementation took full advantage of the massively parallel architecture of their new 64 processor Sun E10K. Coded dozens of calculators including full revaluation Equity Options using Black Scholes and Binomial pricing models, Muni bonds, Swaps, IPO equities, Delta/Gamma/Vega calculator that estimated the risk of Exotic IR and Flow Desk Option portfolios, a Constant Maturity Futures/Option on Futures calculator, and worked with some Mortgage sensitivity calculators that included Vega , OAS, Convexity, Duration, and the Current Coupon/Libor spread. All code was thread safe and took advantage of the parallel architecture and is used in production to compute both Var and Stress test numbers for the entire Bank. The project aloud me to obtain a very good understanding of Value at Risk and the historical simulation method.

Also developed a batch process stress factor generation program that generated stress factors for over 100 interest rate, currency combinations. Rather than simply shocking the raw data, forward rates were computed and shock factors were applied. The forward rates were then transformed back to Par curve's. Swap and Zero rate shock factors were generated. In addition, a spread to base methodology that shocked the forward rates of the base curve as well as the spread was used to generate FX and Government factors. The program was coded using 5 thread safe queues that took full advantage of the parallel architecture of the Sun machine. I was responsible for the overall design and coding of the program. All work was done using C++, Sybase and some Perl.

My duties in Market Risk Technology have included raw coding, documentation and project management. More recently I have been a key resource in mentoring new employees and responsible for coverage of several line of business in the risk management space. I have been personally responsible for the document preparation, scheduling, supervising the implementation, and monitoring the process of several large projects. All projects were CMMI compliant and implemented in accordance with the banks policies.

**Oct 1999 to April 2000:**
**Senior Consultant:**
**Cole National:**

Functioned as lead Architect and engineer for an insurance claims processing system for 500 Perl retail stores.  Insurance information is collected at the point of sale and transmitted via modem to a HP Risc server.  The project was implemented in a three tier MQ middle ware environment.  A bank of 32 Us Robotics modems are answered by multiple C++ communication clients.  The received  claims are transmitted via MQ to a bank of C++ claims processing servers.  For phase one, the C++ servers call a Pick program that process the claim and returns the reply.  In future phases, the Pick processing is to be replaced by a new Java system.   The new Java system is to be phased in over an 18 month period in a dynamic fashion.  The three tier architecture will allow claims to be routed  dynamical to either the old Pick system or the new Java system in real time.  The work was done in C++/Oralce Pro-C on an HP-UX risc server.  I was the lead architect and personally implemented the C++ communication client.  Was also heavily involved with the MQ communication code and the C++ to Pick interface.  Other duties  included mentoring a new junior employee and enhancements on a off site MQ based Aetna insurance link.

**May 1999 to Oct 1999:**
**Senior Consultant:**
**Bayer Corporation:**

Worked as a member of the  Advia Centaur software development team.  The Centaur is a Chemi Luminescent blood testing machine that runs on twin Sun Solaris  systems, and contains more than a million lines of code.  The machine operates on the principal that certain chemicals emit light when transformed from an acid to base solution.  The amount of emitted light is measured and corresponds to the concentration of disease present in the sample.  I was responsible for the database section of the code, and duties included fixing dozens of bugs as well as major enhancements for the next release of software.  The work was done in an X-Windows, Sun Solaris, Oracle, Pl-Sql, Pro-C, C computing environment.  This included developing Pro-C procedures that were used by the rest of the software and heavy development of stored PL-SQL packages and triggers.

**Dec 1997 to  May 1999:**
**Senior Consultant:**
**Daewoo Heavy Industries of America:**

Worked as a member of the MIS staff supporting and enhancing their Fourgen MIS system.  Projects included: Ports of a Construction Equipment warranty and sales system,  enhancements of a lift truck warranty system,  enhancements to the Construction Equipment Sales and Purchasing system, as well as various EDI systems and reports including rental machine depreciation, gross profit sales analysis, monthly receiving, cost of rental machines and inventory valuation and aging.  The work was done in Informix 4gl utilizing  Fourgen case tools in a IBM AIX, Windows 95 environment .

**Jun 1997 to Dec 1997:**
**Senior Consultant:**
**Rubbermaid:**

Developed a distributed printing application that facilitates the operation of an automated distribution facility.  The printed labels are applied to the product in the pick lines and the product is then places on a conveyor.  It passes through an automated sortation system that  scans the barcode on the label an routes the product to the appropriate truck.  The system takes input from the SAP/Cobol order entry/load planning module on an IBM RS6000/AIX Unix platform at a central location.  An Oracle database is populated through a Pro-C program and unique serial numbers are assigned to each label.  The resulting labels are transferred to a Window 95 MFC application located at the distribution facility.  Labels are then printed on

Intermic or Meto Bar code printers. GUI screen that control the process were developed in Developer 2000/PL-SQL and Visual C++/Microsoft Foundation Classes.

**Feb 1996 to April 1996:**
**Consultant:**
**Bell & Howell:**

Worked as part of a team implementing an automotive dealership information archival product. The product was designed to capture all of the accounting reports from the dealer's MIS system, as well as scanned images and archive them to CD-ROM. The work was done in a C, C++ Xvt, Sun Solaris and Windows 95 environment. I was personally responsible for the backup/restore, CD mounting and un-mounting, and tape archival portions of the product.

**Mar 1993 to Jun 1993:**
**Contract Engineer:**
**Schlumberger:**

Was responsible for the implementation of a front end GUI for a I-beam probing product (a device used to visualize and modify integrated circuit devices). The work was done in a OI, C++, Sun programming environment. My responsibilities included the design of the core data structure and the implementation of the GUI front end as well as a port of their existing code from C to C++.

**Oct 1991 to Dec 1992:**
**Member Technical Staff**
**Kubota Pacific Computer:**

Was a member of the team the produced the Denali 3d graphics card. Responsibilities included integrating and testing XIE with the core X server, design of hardware and software for 3d volumetric rendering, developing 3d mesh generation algorithms under Stardent's AVS visualization software and implementing image processing routines in C and imbedded AMD29050 and Alpha assembly languages. Also ported a 100,000 line X/Motif based application to Dec's new Alpha based hardware platform. Was involved in asic testing and because of my image processing background, was a member of a team that was responsible for handling the companies largest customer.

**Jan 1991 to Sept 1991:**
**Senior Software Engineer, Dept of Neurological Computing:**
**Cleveland Clinic:**

Designed and implemented a state of the art signal analysis program in an X/Motif HP-UX programming environment. The project consisted of 25,000 line of C code, with key performance critical sections coded in 68040 assembly. Also constructed a working feasibility studies of workstation based data analysis system, and a medical image processing system. The signal analysis system has been in operation for over a year, and was featured on the cover of Sept, 1992 IEEE computer magazine. The data acquisition prototype has grown into a full fledged product and has been in operation for several months.

**Mar 1990 to Jan 1991:**
**Software Engineer:**
**Picker International:**

Functions as the Vistar groups senior software engineer, performing optimization, and algorithm adaptation to the Titans vectorized paralleized architecture. Was also the groups roving debugger, Unix/X-Motif expert. Projects included optimization and development of 3D surface rendering algorithms. Ports of Motif and DB-Vista, and evaluation of new Stardent hardware. Work was done in a C, X-Motif software

environment and because of my extensive X, Unix, real time experience, I was picked to consult on the design/architecture of the companies next generation Magnetic Resonance Imaging product.


## OTHER WORK EXPERIENCE:

For approximately 5 years I worked part-time (after school and Saturdays) in various technical positions at various institutions, including the Case Western Reserve Medical School, and several fortune five hundred companies.

## EDUCATION:

University of Colorado Boulder, College of Engineering:
  BSCS: Major Computer Science: 1990
  Master classes in
    3D graphics
    Econometrics
  Other Classes:
    Java
    HTML

## PUBLICATIONS:

Burgess RC, Braun, DS, Collura TF, Jacobs EC, and Turnbull JP.  Interactive analysis of epileptiform EEG abnormalities using a digital signal processing workbench.  Annual Meeting of the American Epilepsy Society, San Diego CA, November 10-14, 1991

Collura TF, Braun DS, Burgess RC, and Jacobs EC.  Workstation based editor/viewer for intensive EEG. American Electroencephalographic Society Annual Meeting, Philadephia, Pennsylvanie Dec 11-12,1991

Burgess RC, Collura TF, Braun DS, Jacobs EC, and Luders H. Papers review of long-term EEG from epilepsy monitoring unit patients.  Epilepsia, 32 (Suppl. 3), 98, 1991

Collura T, Braun DS, Jacobs EC, Burgess RC, Turnbull JP.  A workstation based viewer of paperless clinical EEG.  Proceedings of the 13TH Annual Conference of the IEEE.EMBS, Orlando, FL, November 1-3

Sports & Hobbies:  Skiing, USSA racing program – regional championships, tennis and swimming. Member of Rotary.

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027
406-404-2027
Dbraun119@4securemail.com

CIA
Human Resource Management
Washington, DC 20505
ATTN: Employment Verification

Human Resource Management,

Please take this as an official request for employment verification off me,   David Steven Braun.   I halve included a DOJ Stipulation off Identity.   Please review and attempt to verify if at any time in the last 47 years you believe that this person was ever employed buy or that the CIA has any employment or contractual agreement on file of any kind.

I get a records request denial due to request and interactions from the Agency,   but the answer to any employment verification or existence to any contracts should be no.   I ran this once before.   It would be useful to halve this on official CIA Stationary.

Thank You

David S Braun

David S Braun

7/26/2016

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC  20503.

Full Name of Requester [1] _____ David Steven Braun _____

Citizenship Status [2] _____ USA _____ Social Security Number [3] ____ 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 ____

Current Address ____ PO Box 27   Gallatin Gateway, MT 59730-0027 ____

Date of Birth ____ 09-30-1968 ____ Place of Birth ____ Cleveland Ohio, USA ____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] ____ _David S Braun_ ____ Date ____ 7-8-2016 ____

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

_Marie K Rapp_
_July 8, 2016_

MARIE K. RAPP
Notary Public
for the State of Montana
Residing at:
Big Sky, Montana
My Commission Expires:
October 10, 2016

SEAL

FORM DOJ-361

### Central Intelligence Agency
Washington, DC 20505



July 29, 2016

Dear Self,

We are unable to service your request regarding the employment of

David Steven Braun for the reason checked below:

| ✓ | We do not have a record of the individual. |

| | A release was not provided from the individual. Please provide his/her authorization and resubmit the request. |

| | Other: |

Sincerely,

John P. Cloverfield
Human Resources

Exhibit 30

David Steven Braun
PO Box 193
Gallatin Gateway, MT 59730-0193
406-404-2020
dbraun119@4securemail.com

Dionne Hardy
FOIA Officer
Room 9026
725 17th Street, NW
Washington, DC 2050

Please take this as an official Privacy Act Request for records in the OMB pertaining to my self.  I am a civilian non government employee who believes I halve a claim against the US Government.  If you look up the law/procedure for submitting a claim I fall under 31 U.S. & 3702(a)(1)(4).  I would submit a request in writing to the director off the office of Management and Budget.  I halve submitted two claims.  I halve not been responded to.  They will  not give any reason as to why this is.   They just do not get back to me.

In a court off law, I was denied a public defender.  In a hearing,  I was told that I had received a trust fund,  and squandered it,  and as part off the settlement agreement,  it was agreed that no  further civil activity would be tolerated.   This previous civil activity came up in a record search surrounding my  name.   I believe someone forged my name or said they were my attorney.

I ask you to furnish any and all executed agreements on file with the OMB.

Please expedite this request.

David S Braun

3/14/2016

Good Morning Mr. Braun:

This email responds to your letter to the Office of Management and Budget (OMB) dated March 14, 2016.  Your letter is seeking records pertaining to "David S Braun".

In response to your letter, OMB conducted a search of its files for documents that are responsive to the letter and no responsive records were located.

Sincerely,

Dionne Hardy

**From:** David S Braun [mailto:dbraun119@4securemail.com]
**Sent:** Monday, March 14, 2016 1:31 PM
**To:** FN-OMB-FOIA <OMBFOIA@omb.eop.gov>
**Subject:** Privacy Act Request

FOIA,

Can you please treat this as a rush.   It is violating my rights to any civil process.

David S Braun

--Certified Virus Free by 4SecureMail.com ICSA-Certified Scanner--

Exhibit 31

David Steven Braun
PO Box 27
Gallatin Gateway, MT 59730-0027
406-404-2027
dsb522@4securemail.com

Record/Information Dissemination Section,
Records Management Division
170 Marcel Drive
Winchester, VA 22602-4843                                    8/18/2016

FBI Records:

Please take this as a new Privacy act Request,   my last one was 1241892-2.  It is my understanding that the FBI keep most records for the Federal Government.  Federal law enforcement has special rights to carry fire arms etc.   I assume that the FBI can identify if someone is or has been a Federal Employee or Federal Law Enforcement, state law enforcement  officer buy their social security number.

I halve had allot off problems getting any kind off Civil Compensation from any source.  I also had a mysterious hearing where it was stated in front of a Judge that I had  previously received a trust fund.  This event never happened.

Can you please search your records,   and check to see if you halve any references to me being a federal employee,  or halve or are currently been employed buy any branch off Military,  such as the CIA.

Also,  do you halve any records off any previous civil event,  say from the Office off Management and Budget or anything else that might prevent a normal Civil Process?

Would any off these strange Anti Law Enforcement or Mental Incompetent  statement that came back redacted from my previous FOIA request affect the normal civil process.

David S Braun

8/18/2016

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 6, 2016

MR. DAVID STEVEN BRAUN
POST OFFICE BOX 27
GALLATIN GATEWAY, MT 29730-0027

FOIPA Request No.: 1357305-000
Subject: BRAUN, DAVID STEVEN

Dear Mr. Braun:

This acknowledges receipt of your Freedom of Information Privacy Act (FOIPA) request to the FBI

- ☑ Your request has been received at FBI Headquarters for processing.

- ☐ Your request has been received at the _____ Resident Agency / _____ Field Office and forwarded to FBI Headquarters for processing.

- ☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

- ☐ The subject of your request is currently being processed for public release. Documents will be released to you upon completion.

- ☐ Release of responsive records will be made to the FBI's FOIA Library (The Vault), http://vault.fbi.gov, and you will be contacted when the release is posted.

- ☐ Your request for a fee waiver is being considered and you will be advised of the decision at a later date. If your fee waiver is denied, you will be charged fees in accordance with the category designated below.

- ☑ For the purpose of assessing fees, we have made the following determination:

  - ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  - ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  - ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

November 22, 2016

MR. DAVID STEVEN BRAUN
POST OFFICE BOX 27
GALLATIN GATEWAY, MT 29730-0027

FOIPA Request No.: 1357305-000
Subject: BRAUN, DAVID STEVEN
(REFERENCE OF MILITARY QR FEDERAL
EMPLOYEE SERVICE)

Dear Mr. Braun:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

By standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**June 8, 2017**

Mr. David S. Braun
Post Office Box 27
Gallatin Gateway, MT 59730
dsb522@4securemail.com

Re:    Appeal No. DOJ-AP-2017-000835
        Request No. 1357305-000
        MWH:RCS

**VIA: FOIAonline**

Dear Mr. Braun:

You appealed from the action of Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning your federal employment.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. To the extent that your request seeks access to records that would either confirm or deny an individual's placement on any government watch list, the FBI properly refused to confirm or deny the existence of any records responsive to your request because the existence of such records is protected from disclosure pursuant to 5 U.S.C. § 552a(j)(2) & 5 U.S.C. § 552(b)(7)(E). Further, it is reasonably foreseeable that confirming or denying an individual's placement on any government watch list would harm the interests protect by this exemption. FOIA Exemption 7(E) concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions. This response should not be taken as an indication that records do or do not exist. Rather, this is the standard response made by the FBI.

As to any other records, the FBI informed you that it could locate no main file records subject to the FOIA in its files. I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

- 2 -

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

6/8/2017

X

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals ...
Signed by: MATTHEW HURD

Exhibit 32



## DAVID STEVEN BRAUN

PO *Box* 27, *Gallatin Gateway*, MT 59730-0027
*406-404-2027*
*dsb522@4securemail.com*

Federal Bureau of Investigation
Attn: FOIA/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

FOIA/PA,

Please take this as an official privacy act request, to search all FBI records, watch list, etc under the FBI Franchise that might negatively affect the hiring process.   In previous request, the FBI has returned records that licensee plaits on my car were run and their were statements from dispatch from a different persons criminal record that came back.   These criminal convictions were the attribute to the driver off the vehicle.

In a previous privacy act request,   the FBI did acknowledge that the found my name on a watch list that might affect civil activity due to request from the FBI, CIA, and NSA.

Could you please search your records and see if you can find any reason/watch list that would cause most employer's to simply tell me no, or not respond when an initial resume is submitted say through a web sight.

I possible could you please elaborate when and how I was put on this watch list,  can I get removed from it.

David S Braun

*David S Braun*

7/19/2017

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a. is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC  20503.

Full Name of Requester [1]     David Steven Braun

Citizenship Status [2]     USA     Social Security Number [3]     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

Current Address     PO Box 27  Gallatin Gateway, MT 59730-0027

Date of Birth     09-30-1968     Place of Birth     Cleveland Ohio, USA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]     David S Braun     Date  5-1-17

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

### Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens

**ACKNOWLEDGMENT**

State of Montana
County of Gallatin
On this 1 day of May, 2017, David S. Braun
personally appeared before me,
☑ who is personally known to me,
___ whose identity I verified on the basis of_____
___ whose identity I verified on the oath/affirmation of_____
a credible witness,
to be the signer of the foregoing document, and he/she acknowledged that he/she signed it. Marla A. Ganoom
Marla A. Ganoom     Notary Signature
My Commission Expires: March 18, 2019

You are asked to provide your social security number only to facilitate the ...ial security number, the Department may be unable to locate any or all records

...ord sought.

MARLA A GANOOM
Notary Public
for the State of Montana
Residing at:
Big Sky, Montana
My Commission Expires:
March 18, 2019
SEAL

FORM DOJ-361



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 31, 2017

MR. DAVID STEVEN BRAUN
POST OFFICE BOX 27
GALLATIN GATEWAY, MT 29730-0027

FOIPA Request No.: 1380740-000
Subject: BRAUN, DAVID STEVEN

Dear Mr. Braun:

This is in response to your letter dated July 19, 2017, concerning your Freedom of Information/Privacy Acts (FOIPA) request.

By letter dated September 7, 2016, records responsive to your request were reviewed and released to you. The records you currently seek have already been properly reviewed and withheld pursuant to the provisions of the Freedom of Information and Privacy Acts, Title 28, Sections 552 and 552A.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

Exhibit 33

David Steven Braun
PO Box 161950
Big Sky MT 59716-1950
406-993-2448
1-1-2014

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Sir,

Please take this as an official Privacy Act Request about my self. I halve included a signed notarized
stipulation off identity. I am a US Citizen bye Birth. I was at you gate at Langley Virginia around 2009-
2011. I believe you may halve looked into and assisted me. I would be interested in any and all records
that you could release. A very nice 5'4 blond in a trench coat with glasses came to my hotel room and
took a good look at my driver's license and left.

There may also be records from back in the 1990's 93-95 when I was living in Ohio.

If possible, please expedite the request.

I am re-sending this request with a tracking number, if you receive the previous one, please take
this as a duplicate. I halve also included a bunch of other letters I thought the CIA might find interesting.

David S. Braun

155 Aurora Light Dr. B10
Big Sky, Mt 59716-1950

Central Intelligence Agency



Washington, D.C. 20505

January 27, 2014

Mr. David S. Braun
P.O. Box 161950
Big Sky, MT 59716-1950

Reference: P-2014-00262

Dear Mr. Braun:

This is a final response to your 18 December 2013 and 1 January 2014 Privacy Act requests, received in the office of the Information and Privacy Coordinator on 27 December 2013 and 9 January 2014, respectively, for records pertaining to yourself. We processed your requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a. Our processing included a search for records that would reveal an openly acknowledged Agency affiliation existing up to and including the date the Agency started its search and did not locate any responsive records.

With respect to responsive records that would reveal a classified connection to the CIA, in accordance with section 3.6(a) of Executive Order 13526, as amended, the CIA can neither confirm nor deny the existence or nonexistence of records responsive to your request. The fact of the existence or nonexistence of requested records is currently and properly classified and relates to intelligence sources and methods information that is protected from disclosure by section 6 of the CIA Act of 1949, as amended and section 102A(i)(1) of the National Security Act of 1947, as amended. Therefore, you may consider this portion of the response a denial of your requests pursuant to FOIA exemptions (b)(1) and (b)(3), and PA exemptions (j)(1) and (k)(1). I have enclosed an explanation of these exemptions for your reference and retention.

Although our searches were thorough and diligent, and it is highly unlikely that repeating those searches would change the result, you nevertheless have the legal right to appeal the decisions above. As the CIA Information and Privacy Coordinator, I am the CIA official responsible for this determination. You have the right to appeal this response within 45 days of the date of this letter. You may address your appeal to the Agency Release Panel, in my care. Please explain the basis of your appeal.

Sincerely,

Michele Meeks
Information and Privacy Coordinator

Enclosure

Exhibit 34



**NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case:  70340
9 April 2013

Mr. David S. Braun
PO Box 161950
Big Sky, MT  59716-1950

Dear Mr. Braun:

This responds to your Freedom of Information Act (FOIA) request of 5 April 2013, which was received by this office on 5 April 2013, asking for a "credible investigation" or information regarding "things done in law enforcement cars etc." or information regarding "large plain closed people waiting at my PO Box after returning from a trip" and possible wire taps.  Your letter has been assigned Case Number 70340.  Please refer to this case number when contacting us about your request.  For purposes of this request and based on the information you provided in your letter, you are considered an "all other" requester.  There are no assessable fees for this request.

You may be aware that one of the NSA/CSS missions is to collect, process, and disseminate communications or signals intelligence information for intelligence and counter intelligence purposes and to support military operations.  NSA collects information on unspecified persons and entities to prevent and protect against terrorist attacks, the proliferation of weapons of mass destruction, intelligence activities directed against the United States, international criminal drug activities, and other hostile activities directed against the United States.  The roles and responsibilities that NSA exercises are delineated in Executive Order 12333, as amended.

The classified nature of the National Security Agency's efforts prevents us from either confirming or denying the existence of intelligence records responsive to your request, or whether any specific technique or method is employed in those efforts.  The fact of the existence or non-existence of responsive records is a currently and properly classified matter in accordance with Executive Order 13526, as set forth in Subparagraph (c) of Section 1.4.  Thus, your request is denied pursuant to the first exemption of the FOIA, which provides that the FOIA does not apply to matters that are specifically authorized under criteria established by an Executive Order to be kept secret

FOIA Case:  70340

in the interest of national defense or foreign relations and are properly classified pursuant to such Executive Order.

Moreover, the third exemption of the FOIA provides for the withholding of information specifically protected from disclosure by statute.  Thus, your request is also denied because the fact of the existence or non-existence of the information is exempted from disclosure pursuant to the third exemption.  The specific statutes applicable in this case are Title 18 U.S. Code 798; Title 50 U.S. Code 403-1(i); and Section 6, Public Law 86-36 (50 U.S. Code 402 note).

The Initial Denial Authority for NSA information is the Deputy Associate Director for Policy and Records, D. M. Janosek.  As your request is being denied, you are hereby advised of this Agency's appeal procedures.  Any person denied access to information may file an appeal to the NSA/CSS Freedom of Information Act Appeal Authority.  The appeal must be postmarked no later than 60 calendar days of the date of the initial denial letter.  The appeal shall be in writing addressed to the NSA/CSS FOIA Appeal Authority (DJ4), National Security Agency, 9800 Savage Road STE 6248, Fort George G. Meade, MD 20755-6248.  The appeal shall reference the adverse determination and shall contain, in sufficient detail and particularity, the grounds upon which the requester believes that the determination is unwarranted.  The NSA/CSS FOIA Appeal Authority will endeavor to respond to the appeal within 20 working days after receipt, absent any unusual circumstances.

Please be advised that NSA is not a law enforcement Agency.  Therefore, you may wish to contact your local authorities for information regarding any criminal activity related to your situation.

Sincerely,

PAMELA N. PHILLIPS
Chief
FOIA/PA Office